UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Speech First, Inc.

        Plaintiff(s),

Case No. 2:18-cv-11451-LVP-EAS

v.

Judge  Linda V. Parker

Mark Schlissel, in his offical capacity as President of the University of Michigan

Magistrate Judge  Elizabeth A. Stafford

        Defendant(s).

            /

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,  Plaintiff Speech First, Inc.

makes the following disclosure:  *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes ☐     No ☑

    If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

    Parent Corporation/Affiliate Name:
    Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes ☐     No ☑

    If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

    Parent Corporation/Affiliate Name:
    Nature of Financial Interest:

Date: May 8, 2018

/s/ John A. Di Giacomo

P73056
Revision Legal, PLLC
5024 Territorial Road
Grand Blanc, MI 48439
231-714-0100
john@revisionlegal.com