AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| Speech First, Inc. <br> *Plaintiff* <br> v. <br> Mark Schlissel, et al. <br> *Defendant* | ) <br> ) <br> ) Case No.  2:18-cv-11451-LVP-EAS <br> ) <br> ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All defendants

Date: 5/17/2018

*Attorney's signature*

Kevin T. Baine
*Printed name and bar number*

Williams & Connolly, LLP
725 12th Street, N.W.
Washington, D.C. 20005

*Address*

kbaine@wc.com
*E-mail address*

(202) 434-5010
*Telephone number*

(202) 434-5029
*FAX number*