# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

_____
)
**SPEECH FIRST, INC.,**                )
)
)
**Plaintiff,**                         )
) Civil No. 4:18-cv-11451-LVP-EAS
**v.**                                 ) Hon. Linda V. Parker
) Mag. Judge Elizabeth A. Stafford
**MARK SCHLISSEL,** *et al.***,**      )
)
)
**Defendants.**                        )
_____)

## DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION FOR EXTENSION OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Defendants file this reply simply to note that Plaintiff misstates the rule governing the time within which to file an opposition to a motion for preliminary injunction. Because such a motion is a "dispositive motion," *see* LR 7.1(e)(1)(A), the time specified under the Local Rule within which to file an opposition is 21 days, not 14 as Plaintiff states, *see* LR 7.1(e)(1)(B).

Dated May 17, 2018               Respectfully Submitted,

                                 /s/Rian C. Dawson
                                 Attorney for Defendants

27722062.1

| | |
|---|---|
| WILLIAMS & CONNOLLY LLP | HONIGMAN MILLER SCHWARTZ AND COHN LLP |
| Kevin T. Baine (D.C. Bar No. 238600)<br>Stephen J. Fuzesi (D.C. Bar No. 496723)<br>Kathryn "Kylie" Hoover (D.C. Bar No. 1017260)<br>Amy B. McKinlay (D.C. Bar No. 1034542)<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>(202) 434-5000<br>kbaine@wc.com<br>sfuzesi@wc.com<br>khoover@wc.com<br>amckinlay@wc.com | J. Michael Huget (P39150)<br>Leonard M. Niehoff (P36696)<br>315 East Eisenhower Parkway<br>Suite 100<br>Ann Arbor, MI 48108<br>Tel: (734) 418-4254<br>Fax: (734) 418-4255<br>mhuget@honigman.com<br>lniehoff@honigman.com |
| OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL UNIVERSITY OF MICHIGAN | Adam M. Wenner (P75309)<br>Rian C. Dawson (P81187)<br>660 Woodward Ave.<br>2290 First National Building<br>Detroit, MI 4826<br>Tel: (313) 465-7730<br>Fax: (313) 465-7731<br>awenner@honigman.com<br>rdawson@honigman.com |
| Timothy G. Lynch (P77385)<br>David J. Masson (P37094)<br>Jack Bernard (P62975)<br>5010 Fleming Administration Building<br>503 Thompson Street<br>Ann Arbor, Michigan 48109-1340<br>(734) 764-0305<br>timlynch@umich.edu | |

2

27722062.1

## **CERTIFICATE OF SERVICE**

This is to certify that on May 17, 2018, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

>Respectfully submitted,
>
>HONIGMAN MILLER SCHWARTZ
>   AND COHN LLP
>
>/s/Rian C. Dawson
>Rian C. Dawson (P81187)
>660 Woodward Ave.
>2290 First National Building
>Detroit, MI 4826
>Tel: (313) 465-7730
>Fax: (313) 465-7731
>rdawson@honigman.com