EXHIBIT 52

Case 4:18-cv-11451-LVP-EAS  ECF No. 18-7  filed 06/15/18  PageID.757  Page 2 of 162

Government (/kickers/government)

# Conservative author Ben Shapiro talks free speech, microaggression

Thursday, April 7, 2016 - 9:22pm



Ben Shapiro, a conservative radio host and author, speaks to an overflowing crowd on the current political atmosphere at universities at Rackham Amphitheater Thursday. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Matt Vailliencourt/Daily

LYDIA MURRAY (/AUTHOR/LYDIAMUR)
Daily Staff Reporter

Ben Shapiro, a noted conservative columnist and author, discussed freedom of speech Thursday evening in the Rackham Graduate School Amphitheatre, drawing a crowd of approximately 300.

The event — hosted by the Young Americans for Freedom with funding from Central Student Government — highlighted issues Shapiro described as attacks on freedom of speech and a free society, such as microaggressions and the concept of privilege.

The event follows a week in which freedom of speech has been a prominent issue on campus, following anti-Islam chalkings (https://www.michigandaily.com/section/news/police-called-diag-over-chalk-messages-targeting-islam) on the Diag alongside pro-Trump messages, which garnered national media

attention and prompted discussions (https://www.michigandaily.com/section/news/michigan-political-union-addresses-recent-concerns-campus-community) about hate speech and the safety of Muslim students.

CSG discussed the issue at length in their final meeting of the semester on Tuesday and ultimately passed (https://www.michigandaily.com/section/news/central-student-government-discusses-sanctuary-campus-final-meeting-semester) a resolution making the University a sanctuary campus for immigrants.

Shapiro began his talk by addressing the chalkings, saying he wouldn't normally support Trump except in instances people are offended by messages of support for Trump, proceeding to write "Trump 2016" on a chalkboard.

"There is only one thing that I can do to support Trump," he said, "when there are precious snowflakes who whine and cry when people write pro-Trump things on the ground."

Shapiro also addressed the controversy he has recently attracted at events on other campuses, such as a February speech at California State University, Los Angeles.

[Twitter:https://twitter.com/benshapiro/status/703003637249781761?ref_src=twsrc%5... (https://twitter.com/benshapiro/status/703003637249781761?ref_src=twsrc%5Etfw])

[Twitter:https://twitter.com/benshapiro/status/703002980442775553?ref_src=twsrc%5... (https://twitter.com/benshapiro/status/703002980442775553?ref_src=twsrc%5Etfw])

At CSULA, a police escort was required for Shapiro's exit following his speech, according to tweets Shapiro sent out at the time. The talk at CSULA was initially cancelled by CSULA President William Covino, who stated at the time he wanted to reschedule the event and involve other speakers to create a diversity of viewpoints.

Shapiro charged that CSULA was stopping a diversity of opinion by preventing his talk, saying that "diversity" is one of the words liberals frequently use, but only use in the context of race and not in reference to diversity of opinion.

"Diversity here meant that I had to shut up," he said. "The kind of diversity that the Left loves is restricted... to diversity of skin color."

At the University, flyers put up by YAF promoting the event were torn down across campus and an advertisement put out by the group was vandalized, according to the group's website.

LSA sophomore Grant Strobl, one of the event's organizers, said Shapiro's talk offered a space to hear opposing viewpoints in a moderated context.

"The event was a resounding success," he said. "This event impacted campus by giving an example of an event where we all can listen to ideas that we might agree with and do it civilly. We need to have more discussions on campus without worrying about it being shut down."

Talking about another one of his five topics, microaggressions — common, seemingly minor but offensive comments often directed at a minority group or individual — Shapiro told an anecdote of a time when he called a transgender woman "sir" on national television, and she responded with a joking threat.

He said the other panelists he was with then reprimanded him for his offensive remark, validating the woman's aggressive response. Allowing this sort of response to a microaggression, he added, infringes on his right to speak freely and make his own decisions.

"You can not like what I say, but that doesn't give you the right to put your hands on me," he said. "All of this creates a very dangerous world. The Left is taking a battering ram to those two fundamental bases of Western civilization: You are responsible for your own actions and in a free society you can say things without people assaulting you."

Shapiro also touched on privilege, saying the concept of white privilege is a myth and can instead be replaced by other types of privilege like two-parent household privilege and crime privilege. To back up his point, he cited a series of statistics that showed children raised in single parent households do disproportionately worse than those from two-parent households, regardless of race.

Looking at criminal justice, Shapiro argued that racial profiling does not occur, and instead police stop or arrest minorities at rates proportional to the rates they commit crimes. He said the easiest way to avoid being arrested is to avoid committing a crime.

"It turns out that if you want to avoid prison, the easiest way to do that is to actually not commit a crime," he said. "Here's a fact about the supposedly evil and racist justice system: It under-prosecutes murder in minority communities."

Several national reports show that people of color are often arrested at higher rates than white individuals. According to the Washington Post (https://www.washingtonpost.com/news/wonk/wp/2014/12/04/the-long-halting-unfinished-fight-to-end-racial-profiling-in-america/), Black drivers are twice as likely to be arrested during a traffic stop as whites. Additionally, in Dearborn, more than half of the arrests in 2011 and 2012 were of Black citizens. However, Blacks only make up 4 percent of the town's population, according to DiversityInc (http://www.diversityinc.com/news/fbi-data-racial-profiling-real-ferguson-just-tipping-point/).

Addressing a question about how to participate in debates with supporters of Bernie Sanders — who won (https://www.michigandaily.com/section/news/sanders-projected-win-tight-victory-michigan-primary) the Michigan primary and has a large (https://www.michigandaily.com/section/news/students-leaning-towards-sanders-michigan-primary) support base on campus — Shapiro said one should ask questions or simply not participate in discussion.

"One of the things I always urge people to do is ask questions," he said. "The second recommendation is don't engage the guy. I mean, come on, you only have so many breaths left in your life."

LSA freshman Michael Smith said Shapiro's talk gave a forum for students to learn about different sides of the political debate.

"I think a lot of people are riled up because of the recent political election," he said. "But they don't really take the time to look at the other side. If they did, it would moderate a lot of people's heated opinions."

## MORE LIKE THIS

David Kamper: Is speech ever truly free? (/section/columns/david-kamper-speech-ever-truly-free)

On Campus (/content/campus-99)

Four former U-M presidents join Schlissel in bicentennial colloquium surrounding social influence of research institutions (/section/administration/four-former-u-m-presidents-join-schlissel-bicentennial-colloquium-surrounding)

---

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?
p=subscribe&id=4)



About (/about)    Contact us (/contact)    Advertise (/advertise)    Subscribe
(https://mail.michigandaily.co
p=subscribe&id=4)

Join the staff (/join-us)    Merchandise    View Print Issue
(http://store.michigandaily.com)    (http://issuu.com/michigandaily/)


(https://www.facebook.com/michigandaily/)    
(https://twitter.com/michigandaily)


(https://www.instagram.com/michigandaily/)    
(https://www.youtube.com/user/michdailymultimedia)

## The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 53

# Bloomberg talks dangers of microaggressions, safe spaces at Commencement

Saturday, April 30, 2016 - 2:01pm



SHOHAM GEVA (/AUTHOR/SAGEVA)     EMMA KERR (/AUTHOR/EMKERR)
Editor in Chief                 Managing News Editor

Former New York City Mayor Michael Bloomberg touched on multiple topics of national discussion — including free speech on college campuses and the tone of the 2016 presidential election — in his Spring Commencement address Saturday morning, to a mixed response from the crowd.

Bloomberg, who also founded business news organization Bloomberg L.P. and recently considered (http://www.bloombergview.com/articles/2016-03-07/the-016-election-risk-that-michael-bloomberg-won-t-take) a third-party run for the presidency, told the assembled graduates and families that fostering an environment on college campuses that allows for a variety of opinions is important.

On the topic of safe spaces, trigger warnings and microaggressions, Bloomberg said such mechanisms prevent students from learning about difficult experiences they will encounter outside of the University of Michigan.

"The fact that some university boards and administrations now bow to pressure and shield students from these ideas through 'safe spaces,' 'code words' and 'trigger warnings' is, in my view, a terrible mistake," Bloomberg said. "The whole purpose of college is to learn how to deal with difficult situations — not run

away from them. A microaggression is exactly that: micro."

His remarks came after University President Mark Schlissel told graduates that he has been proud to see students hold the administration accountable about free speech and discrimination, referencing outcry over the University's response to anti-Islam chalkings (https://www.michigandaily.com/section/news/police-called-diag-over-chalk-messages-targeting-islam) found on the Diag in March.

Many students and faculty members have expressed concern over the past month about the chalkings and, in some cases, the University's response to them. Several students who gathered to wash off the chalkings said (https://www.michigandaily.com/section/news/police-called-diag-over-chalk-messages-targeting-islam) they found the messages upsetting and disturbing, and expressed disappointment that the University didn't take immediate action to clean off the chalk. A letter (https://www.michigandaily.com/section/news/480-faculty-members-pen-letter-pres-schlissel-about-diag-chalking-incidents) in April signed by 480 faculty members condemned the chalkings, but also praised the University's response to them.

Schlissel has responded (https://www.michigandaily.com/section/news/schlissel-charlton-e-mail-student-body-over-anti-islam-chalkings) to the incident publicly several times, emphasizing the University's commitment to diversity and inclusion, but also noting the campus free speech policy. In his remarks Saturday, he thanked students for standing against the chalkings.

"I saw our students step up again when many of you denounced anti-Islam chalkings on the Diag and offered support to your fellow students," he said. "You made us better by upholding one of the greatest values to which we aspire. Discrimination has no place at the University of Michigan."

Bloomberg devoted a significant part of his address to the discussions about free speech campuses nationwide have faced (https://www.insidehighered.com/quicktakes/2016/04/05/college-students-mixed-feelings-free-expression) after incidents like the anti-Islam chalkings (https://www.insidehighered.com/news/2016/03/28/new-round-chalkings-emory-and-new-debate-pro-trump-message-scripps), cautioning against limiting expression.

"One of the most dangerous places on a college campus is a safe space because it creates the false impression that we can insulate ourselves from those who hold different views," Bloomberg said. "In the global economy, and in a democratic society, an open mind is the most valuable asset you can possess."

His remarks drew a mixed response from the assembled crowd of graduates and parents, with both noticeable booing and clapping throughout the Big House, and a multitude of comments on social media. During several parts of Bloomberg's speech, students could be heard yelling epithets at him.



Michelle ✨🔪
@tinykinkshamer

I did not get up this early and work for 4 years to listen to Michael Bloomberg be a jackass #MGoGrad

11:08 AM - Apr 30, 2016

8    See Michelle ✨🔪's other Tweets

Kevin Kinney, a newly graduated School of Information graduate student, said after the ceremony that he disagreed with Bloomberg's comments on microaggressions.

"I do think the idea of microaggressions is real," he said. "I don't think it was very wise to minimize that. I get his point about learning different viewpoints and that's what a university is supposed to be."

 **Micah A.**
@LetMicahDown

Michael Bloomberg is a walking micoraggression. #GoBlue
#MGoGrad

11:15 AM - Apr 30, 2016

11        See Micah A.'s other Tweets

 **NCgolf**
@maga48479069

#MGoGrad. Finally an intellect with courage has spoken.  Thank you Mr Bloomberg for an outstanding dose of reality
@MikeBloomberg

11:26 AM - Apr 30, 2016

1        See NCgolf's other Tweets

Newly graduated LSA senior Grant Goodstein said he enjoyed Bloomberg's speech but noted that not everyone around him did.

"I was glad that he said things that were maybe a little bit controversial — wasn't afraid to say them," Goodstein said. "There was definitely a mixed reaction from the students, but I think that's great to have and opens up some conversations."

Beyond college campuses, Bloomberg also highlighted in his address the concept of free speech in a number of other arenas, including the current election, his experiences as mayor in banning smoking in New York restaurants and a student claim about limitation of speech in The Michigan Daily.

Speaking to the 2016 election, Bloomberg said demagoguery and extremism have become prevalent in campaign discourse.

"Our country is facing serious and difficult challenges, but rather than offering realistic solutions, candidates in both parties are blaming our problems on easy targets who breed resentment," Bloomberg said. "For Republicans, it's Mexicans here illegally and Muslims. And for Democrats, it's the wealthy and Wall Street."

Referencing policy points of U.S. Sen. Bernie Sanders (D-Vt.), he told grads they shouldn't believe promises of free things.

"When a populist candidate promises free college, free health care, and a pony, or another candidate promises to make other countries pay for our needs, remember: those who promise you a free lunch will invariably eat you for breakfast," he said. "If there were simple solutions to complex problems, we wouldn't have those problems."

6/14/201... Bloomberg talks... dat... For microaggressi... file... de 064... 18 Commencement... T... The Michigan Dai...

Case 4:18-cv-11451-LVP-EAS   ECF No. 18   filed 06/15/18   PageID.767   Page 12 of 162

Bloomberg's speech also had several lighter notes; in opening his remarks, he said he had arrived in Ann Arbor Friday night to experience campus and gone "straight to Ricks'."

"From there, I got a pie and cheesy bread from Pizza House," he continued, listing city businesses and landmarks. "A sandwich at Zingerman's — even I could barely afford that. And then I went to the Cube and gave it a spin."

 **Good Time Charley's**
@GTCharleys

@MikeBloomberg We'll have a fishbowl waiting for you too!
#MGoGrad #GoBlue

11:27 AM - Apr 30, 2016

2      See Good Time Charley's's other Tweets

Newly graduated Kinesiology senior Sarah Kulhanek said she appreciated both the lighter and serious parts of Bloomberg's speech.

"I just want to know who he consulted before writing about Rick's and Pizza House because I thought that was a good move on his part," Kulhanek said.

"I thought it was good to bring up a little bit of controversy," she added about his remarks on freedom of speech. "This is a university. You have to be able to learn and grow as a person."

## MORE LIKE THIS

Schlissel pens letter on safe spaces, encouraging respectful discussion (/section/news/schlissel-pens-letter-safe-spaces-encouraging-respectful-discussion-0)

Schlissel, Charlton e-mail student body over anti-Islam chalkings (/section/news/schlissel-charlton-e-mail-student-body-over-anti-islam-chalkings)

Nadia Karizat: Privilege blooms for Bloomberg (/section/columns/nadia-karizat-privilege-blooms-bloomberg-michael-bloomberg-safe-spaces-commencement)

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?p=subscribe&id=4)



About (/about)          Contact us (/contact)          Advertise (/advertise)          Subscribe
                                                                                 (https://mail.michigandaily.co
                                                                                       p=subscribe&id=4)

Join the staff (/join-us)                    Merchandise                    View Print Issue
                                        (http://store.michigandaily.com)   (http://issuu.com/michigandaily/)



(https://www.facebook.com/michigandaily/)



(https://twitter.com/michigandaily)



(https://www.instagram.com/michigandaily/)



(https://www.youtube.com/user/michdailymultimedia)

## The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 54

Sign Up                                                                    Join or Log Into Facebook

## Events

Events

Calendar

Birthdays

Discover

Past

**First Meeting: Special Guest Deroy Murdock**

Create Event



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices    ·
Cookies · More
Facebook © 2018

**SEP 14**

### First Meeting: Special Guest Deroy Murdock

Public · Hosted by Young Americans for Freedom at the University of Michigan

Interested

Wednesday, September 14, 2016 at 7:00 PM - 8:30 PM EDT
More than a year ago

Wolverine Room, Michigan Union

| About | Discussion |
|---|---|

**15 Went · 9 Interested**
Share this event with your friends

**Details**

Fox News Commentator and National Review syndicated columnist, Deroy Murdock, will be speaking on the topic of, "Give me liberty, or give me debt!"

***STUDENTS ONLY***

Join us!

# EXHIBIT 55

# Feminism and Conservativism

*Sep*
## 22
2016

Thursday
12:00 a.m.

Topics:

Civil Rights

Sponsors:

Michigan Student Chapter

Michigan Student Chapter

**Speaker:**

- **Karin Agness,** Network of Enlightened Women

**Speaker:**

- **Karin Agness,** Network of Enlightened Women

     

 Karin Agness

# EXHIBIT 56



**All Posts**

# Jon Shields comes to Michigan

By Andrew Krieger

This last Thursday our YAL chapter at the University of Michigan brought Professor Jon Shields, an associate professor at Claremont McKenna College, to speak about political diversity in higher education.

Professor Shields made the case that in higher education (especially in economics, philosophy, and political science) it is essential for there to be a wide range of thought among the professors in order for a student to be fully informed and knowledgeable. From his recent research he showed that currently conservatives and libertarians are severely underrepresented and gave us suggestions on how we, as students, could bring about that change.

The talk gained us three additional names to add to our chapter emailing list and created a thoughtful discussion that went past the original event time.

**Post Categories**

Domestic Policy

**Post Tags**



Share on



Post a comment



/  Privacy   /  Terms of Service   /  Contact Us

# EXHIBIT 57

Case 4:18-cv-11451-LVP-EAS ECF No. 18-7 filed 06/15/18 PageID.780 Page 25 of 162

# Students from both major parties respond to last presidential debate

Wednesday, October 19, 2016 - 11:47pm



Randy Clark, candidate for the Michigan State House of Representatives, addresses the audience of the College Republicans' third presidential watch party in Angell Hall on Wednesday. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Grant Hardy/ Daily

EMILY MIILLER (/AUTHOR/EMIILLER)    NEIL SCHWARTZ (/AUTHOR/NEILSCHW)
Daily Staff Reporter                 Daily Staff Reporter

At watch parties for the final presidential debate Wednesday night, hosted by the University of Michigan's chapters of College Democrats and Students for Hillary as well as the College Republicans, students divided along party lines with two distinct interpretations of who won the debate and how each candidate performed.

During the debate, Democratic nominee Hillary Clinton and Republican nominee Donald Trump discussed a range of issues, from debt and entitlement reform, immigration, economy, the Supreme Court, foreign hot spots and fitness to be president.

One of the more significant moments of the debate came about halfway through, when Trump was asked if he would concede the election if he were to lose. Over the past month, the candidate has been raising concerns that the election will be rigged against him — claims that have been met with a critical response. (https://www.washingtonpost.com/news/monkey-cage/wp/2016/10/19/donald-trumps-rigged-election-talk-is-changing-minds-democrats-minds-that-is/)

In response, Trump said, "I'll tell you at the time," an unprecedented answer for a candidate in recent history.

About 40 students gathered in Angell Hall to watch the debate with the College Republicans. Before the debate, Randy Clark, a Republican candidate for state representative in Michigan's 52nd district addressed the audience, challenging students to vote in the election and further their involvement with politics.

"Everybody wants to run and hide under a rock because they can't stand this mess that's going on, but you really have to get involved, you have to make a difference," he said.

At the College Republicans watch party, LSA sophomore Amanda Delekta said she found the debate to be an overall positive experience, compared with previous debates and campaign tactics.

"I thought that it was Trump's best debate by far, I thought he did a lot better job staying on topic and not trying to talk over people," Delekta said. "I thought that the moderator did a lot better job making sure each candidate respected the other person and their time. So overall I thought it was a nice statement to end a brutal campaign on both sides."

However, Delekta said she wished the candidates had discussed at greater length the issue of Supreme Court justice appointment, which she considers to be the most pressing issue of this election.

"We'll fill at least two — possibly three — justices, which is crazy for one president, and hasn't been done in a long time," she said. "And that's going to set the direction for policy in America for decades and decades."

In response to the question, Trump said he has a list of 20 conservatives who could fill the seats as justices, emphasizing the importance of their close interpretation of the constitution, while Clinton encouraged the Senate to confirm President Barack Obama's nominee, Merrick Garland.

Engineering freshman Lincoln Merrill also said he felt Trump performed well in this debate, citing times when he challenged Clinton on inconsistencies in her campaign.

"From a policy standpoint, Trump definitely won," he said. "I still think he could have kept his cool a little better … I think Trump did what he needed to do in this debate."

He added that he felt moderator Chris Wallace, host of "Fox News Sunday," performed better than moderators in previous debates.

"He hit them both equally hard on different subjects, he was the most fair of all the moderators and his performance blew me away," he said.



Public policy freshman Anna Lenhart watches the third presidential debate with the College Democrats at the School of Public Policy Wednesday. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Claire Meingast/ Daily

In Weill Hall, about 50 students attended a debate watch party organized by College Democrats, Students for Hillary and the Michigan Democratic Coordinated Campaign.

LSA senior Olivia Rau, a member of Students for Hillary, said her organization aims to bring awareness to the issues discussed during the election and ensure that students are well informed when it comes time to vote.

"Our main goal is to get students thinking and paying attention to the issues and providing a platform for them to get exposed to what's happening in the election," she said.

One point of contention between the candidates that resonated with the audience came toward the end of the debate, when Wallace asked the candidates how they would resolve dwindling funding for entitlement programs like Social Security and Medicare, which he said account for 60 percent of all federal spending.

"Social security is going to run out in the 2030s," he said. "And at that time, recipients are going to take huge cuts in their benefits."

In response to the question, Clinton said she planned to raise taxes on the wealthy and use the money to add to Social Security. In contrast, Trump pointed to the Affordable Care Act, saying he would abolish it.

"One thing we have to do: repeal and replace the disaster known as Obamacare," Trump said.

Public Policy junior Katie Putnam said she thought this issue will play a large role in the future.

"I personally care a lot about the Affordable Care Act," she said. "And Medicare is going to be huge coming up."

Case 4:18-cv-11451-LVP-EAS   ECF No. 18-7 filed 06/15/18   PageID.783   Page 28 of 162

Questions about the economy, which devolved in discussions of several scandals raised against both candidates, also drew strong reactions from both candidates.

While Trump referred to accusations about Clinton's deletion of classified emails (http://www.nytimes.com/interactive/2016/05/27/us/politics/what-we-know-about-hillary-clintons-private-email-server.html), Clinton brought up 2006 comments from Trump, released earlier this month, in which he bragged about touching women (https://www.washingtonpost.com/politics/trump-recorded-having-extremely-lewd-conversation-about-women-in-2005/2016/10/07/3b9ce776-8cb4-11e6-bf8a-3d26847eeed4_story.html) without consent.

"Donald thinks belittling women makes him bigger," Clinton said. "He goes after their dignity, their self worth, and I don't think there is a woman out there who doesn't know what that feels like."

Music, Theatre & Dance sophomore Liliana Talwatte said she thought Hillary responded strongly to Trump's attacks.

"I think she was fantastic," she said. "She responded well (to Trump's criticism)."

Putnam said that she did not expect Clinton to respond in a way that mirrored Trump's style.

"There were some times where we were thinking that she was playing a little dirtier," she said. "Trump was already going to do that himself."

## MORE LIKE THIS

Students react to second presidential debate (/section/elections/college-republicans-claim-trump-wins-debate-despite-biases)

Campus political groups host first presidential debate watch parties (/section/news/college-democrats-and-college-republicans-host-first-presidential-debate-watch-parties)

Chelsea Clinton stresses importance of student vote in East Lansing stop (/section/elections/chelsea-clinton-visits-east-lansing)

Case 4:18-cv-11451-LVP-EAS   ECF No. 18-7   filed 06/15/18   PageID.784   Page 29 of 162

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

---

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?p=subscribe&id=4)

Case 4:18-cv-11451-LVP-EAS   ECF No. 18-7   filed 06/15/18   PageID.785   Page 30 of 162

About (/about)      Contact us (/contact)      Advertise (/advertise)      Subscribe (https://mail.michigandaily.co p=subscribe&id=4)

Join the staff (/join-us)      Merchandise (http://store.michigandaily.com)      View Print Issue (http://issuu.com/michigandaily/)



(https://www.facebook.com/michigandaily/)



(https://twitter.com/michigandaily)



(https://www.instagram.com/michigandaily/)



(https://www.youtube.com/user/michdailymultimedia)

## The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109) 734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 58

Former NRA President Froman and MLaw Professor Niehoff Debate Gun Control

https://www.law.umich.edu/newsandinfo/features/Pages/guncontrol_110216.aspx[6/14/2018 12:40:47 PM]

HOME > NEWS & INFORMATION > FEATURES > FORMER NRA PRESIDENT FROMAN AND MLAW PROFESSOR NIEHOFF DEBATE GUN CONTROL



**MLaw Newsroom**

# Former NRA President Froman and MLaw Professor Niehoff Debate Gun Control

By Amy Spooner
November 2, 2016

Shootings—from gang violence and random robberies to massacres like those at Sandy Hook Elementary and Pulse Nightclub—make seemingly daily headlines. And fiery political rhetoric surrounds the guarantees and limitations of Americans' right to keep and bear arms. So it is hard to remember that the Second Amendment hasn't always been front and center in national conversation.

"When I was in law school, my Con Law casebook was a lot thicker than yours," former NRA President Sandra Froman recently told a crowd of Michigan Law students, "and nowhere in it was a Second Amendment case. When I later taught, I used to call it the lost amendment."

Froman, who served from 2005 to 2007 as NRA president—a volunteer role made famous by her predecessor, Charlton Heston—addressed a standing-room-only crowd as part of an October 27 conversation on gun control with Michigan Law Professor Len Niehoff, '84. The talk was sponsored by MLaw's Federalist Society.

The 2008 U.S. Supreme Court case District of Columbia v. Heller brought the Second Amendment to prominence in both case law and social discourse, said Froman and Niehoff. Prior to that, the Court most recently had interpreted the Second Amendment in U.S. v. Miller, in 1939. In a 5-4 ruling in Heller, the Court found that the Second Amendment protects an individual's right to possess a firearm for traditionally lawful purposes, such as self-defense within the home. Justice Antonin Scalia wrote the majority opinion, and Niehoff said that by endorsing the theory of individual rights and striking down the District of Columbia's strict gun laws, "the opinion presents as an exercise in Scalia's interpretation of originalism." Yet by focusing on self-defense in the home, and excluding the carrying of firearms in sensitive places such as schools and government buildings, he noted many felt that he wasn't completely true to his originalism roots. "It would be a dramatic understatement to call the opinion a mixed bag," Niehoff said. "And a lot of the criticism of the Heller decision stems from the highly selective nature of the texts that Justice Scalia referenced in order to write it."

With violent crime an ongoing problem, Froman and Niehoff agree that people of radically differing opinions must work together to find common ground. "We can't discount the magnitude of the problem," Niehoff said, "but how do we correctly describe what the

Former NRA President Froman and MLaw Professor Nieboff Debate Gun Control

problem is? Gun control is a very easy place for politicians and policymakers to posture without really solving anything."

He agreed with Froman and the NRA that an assault weapons ban is "largely symbolic," but the two speakers debated animatedly on the pros and cons of closing the alleged loophole

# EXHIBIT 59

# Student Republicans anxiously await results at election watch party

Tuesday, November 8, 2016 - 10:51pm



Republican presidential candidate speaks to supporters at a rally in Grand Rapids, Michigan on Monday, the eve of election day. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Emma Richter/Daily

ERIN DOHERTY (/AUTHOR/TRAINING)
For the Daily

They cheered when Republican presidential nominee Donald Trump won Alabama. They smiled when they saw Rubio win Senator of Florida. Like the rest of America, they shifted nervously back and forth in their seats. Some gripped their phones as they received notifications of results.This was how some of the University of Michigan's Republican students watched the 2016 election unfold Tuesday night.

Over 50 students from varying University of Michigan conservative groups gathered in Rackham Assembly Hall Tuesday night to watch Fox News' coverage of the 2016 election — until 10 p.m., when they had to leave because they had only reserved the room until then.

As of  10:45 p.m., Trump is winning in Michigan with 49.0 percent, behind Clinton's 46.0 percent.

Students from campus-sponsored groups, such as Young Americans for Freedom, Students for Life and Campus Republicans all gathered around tables in the hall awaiting the result of each state as the polls closed, cheering when Donald Trump took hold of a state. The event was sponsored by Fox News.

LSA junior Grant Strobl, who organized the event, said he wanted to promote engagement with the process.

"I put on this event because I think it's important that students are engaged in the electoral process," Strobl said. "It's a lot more fun to be engaged in this process when you're with peers."

Given that Ann Arbor and the University of Michigan have historically swung left at the polls, many students in these conservative groups said they found solidarity in watching the election with like-minded peers, such as LSA freshman Nicole Hocott, a member of Michigan Students for Life.

"I think Michigan is a very liberal place, so to be in a community where other people are like-minded or open minded is really refreshing and nice," Hocott said. "Otherwise I would probably feel really lonely that I'm rooting for one thing when everybody around me is rooting for the other."

Of the students in the crowd, the majority said they predicted Democratic presidential nominee Hillary Clinton would win the presidency, though many students believed the election would be close.

"I think it's gonna be a toss-up. Right now the polls say Hillary is gonna win, but the challenge is going to be, are Hillary supporters going to turn out?" Strobl said.

Hocott said she attributed media bias to why she believed Clinton is likely to win.

"I think Clinton will probably win just because the media has misrepresented Trump as super racist and misogynistic," she said.

Though many students at the event were reluctant to share their political views, some were open with why they support Trump. LSA junior James Brown explained that it was not the candidate's ideas that won him over, but rather his overall disdain for Clinton.

"Really it's not because I wanted Donald Trump to be president, but because I wanted Hillary Clinton to be president less. It's really choosing between the lesser of two evils in this election for me," Brown said.

Music Theater and Dance senior Bret Patterson said he wore his "Make America Great Again Hat" to the event to display his loyalty to the nominee.

"I voted because of his outsider status and just to try to break the system of special interests and how much influence they have on politics," he said.

Other students said they voted for Trump because of specific issues that he supported.

"One of my most important issues is abortion, and so that was really important to me that we have a pro-life president," Hocott said.

Regardless of their reasons, most students admitted that they would be disappointed if Trump lost, but said the Republican party would recover from the defeat.

But no matter what the result, Patterson said he was very tempted to wear his Trump hat on campus Wednesday.

"I probably wouldn't wear the hat to my classes," Patterson said. "I would not sit in an auditorium in Angell Hall wearing the hat."

## MORE LIKE THIS

Anu Roy-Chaudhury: Personal vs. political mistakes (/section/columns/anu-roy-chaudhurty-difference-between-trump-and-clinton-human-mistakes)

Campus political groups host first presidential debate watch parties (/section/news/college-democrats-and-college-republicans-host-first-presidential-debate-watch-parties)

Former Clinton Dissenter comes to campus (/section/government/former-clinton-dissenter-comes-campus)

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?p=subscribe&id=4)



About (/about)          Contact us (/contact)          Advertise (/advertise)          Subscribe (https://mail.michigandaily.co
                                                                                                p=subscribe&id=4)

Join the staff (/join-us)                    Merchandise                    View Print Issue

(http://store.michigandaily.com)     (http://issuu.com/michigandaily/)



(https://www.facebook.com/michigandaily/)



(https://twitter.com/michigandaily)



(https://www.instagram.com/michigandaily/)



(https://www.youtube.com/user/michdailymultimedia)

# The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 60



Progressive Censorship with David Horowitz

Wednesday, November 30 at 7:00 PM
Michigan Union (Pendleton Room) | Seating is on a first-come, first-served basis

DAVID HOROWITZ
former COMMUNIST REVOLUTIONARY,
and author of
THE BLACK BOOK OF
THE AMERICAN LEFT

Young Americans for Freedom
www.YAFUMICH.com

**NOV 30**

## Progressive Censorship with David Horowitz

Public · Hosted by Young Americans for Freedom at the University of Michigan

**Interested**

Wednesday, November 30, 2016 at 7:00 PM - 8:30 PM EST
More than a year ago

Pendleton Room, Michigan Union, Unviersity of Michigan, Ann Arbor
530 S State St, Ann Arbor, Michigan

Show Map

**About**         Discussion

**45 Went · 83 Interested**
Share this event with your friends

**Details**

Doors open at 6:45 PM
**No Re-Entry**

David Horowitz is a former revolutionary in the New Left turned conservative author. He is a founder and current president of the think tank the David Horowitz Freedom Center; editor of the Center's publication, FrontPage Magazine; and director of Discover the Networks, a website that tracks individuals and groups on the political left.

He has also led advertising campaigns condemning the boycott movement against Israel on college campuses.

He is the author of several books including:
Progressive Racism
The Black Book of the American Left
The Professors: The 101 Most Dangerous Academics in America

See Less

Free Admission

**About the Venue**

Sign Up

Join or Log Into Facebook

Email or Phone

Password

Forgot account?

Log In

Do you want to join Facebook?

Sign Up

Privacy
Cookies
Faceb...

Events
Calendar
Birthdays
Discover
Past
Progressive Censorship with David Horowitz
Create Event

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Ad Choices

Events



Pendleton Room, Michigan Union, Unvie…
Performance & Event Venue · 1 likes

Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2018

Go to Page

2 posts in the discussion.

See Discussion

# EXHIBIT 61



2018-19 Courses Available NOW!

TOPICS ▼    FEATURES ▼    SUBSCRIBE

ADVERTISE


**The University**
# RECORD
UNIVERSITY OF MICHIGAN
News for Faculty and Staff

June 14, 2018     #URecord ●

Search

---

October 16, 2017

# Course promotes search for political common ground, solutions

**By Rachel Reed**
LSA Communications

**Topic: Academics**

---

Tweet           print

Share    6

---

Can Republicans and Democrats agree on anything at all? That's one of the questions being explored in a new undergraduate course at LSA.

"Beyond Partisanship," the brainchild of political scientist Arthur Lupia, aims to find common ground on issues that matter to most Americans and collaborate to find workable solutions to those problems.

## TODAY'S HEADLINES

**Legislature passes 2 percent boost to higher-ed funding**

**More than 65,000 apply for incoming freshman class**

**New location set for June Board of Regents meeting**

**CRIME ALERT: Home invasion, 06-11-18**

**University clarifies definitions of harassment, bullying**

**Bridging the divide: U-M faculty, staff forge community through art**

**Election underway for non-union staff rep on police oversight panel**

**REMINDER: Nominations for 2018 Neubacher Award due Friday**

**Eisenberg Institute awards nine fellowships for 2018-19**

Lupia was recently given the U-M President's Award for Public Impact, which honors individuals who have offered their academic research and expertise in tangible service of a major public-sector challenge.

"The aim is to find issues on which 70 percent of Republicans and 70 percent of Democrats agree," Lupia, Hal R. Varian Collegiate Professor of Political Science, professor of political science, and research professor at the Center for Political Studies. "We want to identify those problems, as well as real solutions, in both the private and public sectors, and bring them to the table."

The goal, he says, is to go beyond typical party divides to improve the lives of all Americans.

To do that, the course will bring high-profile leaders to campus to inspire students, share lessons and answer questions about leadership in the public sphere.

Leaders include:

• U.S. Rep. Debbie Dingell, D-Dearborn, who will discuss the opioid crisis.

• Beth Myers, a GOP strategist and former Mitt Romney campaign manager, who will focus on homelessness and housing security.

• Former U.S. Rep. Brian Baird, D-Wash., who will speak about how to inspire commitment to public service.

• Craig Ruff and Bill Rustem of Public Sector Consultants, a public policy firm, who have come together from opposite ends of the political spectrum to work together under Gov. Rick Snyder to tackle issues important to the state of Michigan.

Together, these leaders and students in the class will work in conversational, closed-door sessions to identify ways to improve quality of life for vulnerable populations across Michigan and the nation. The emphasis will be to identify tangible solutions that could be executed in either the public or private spheres.

"Our charge as a public institution is to serve all the people of Michigan," said LSA Dean Andrew Martin. "This is an ideal state to seek shared solutions, with our rich mix of political perspectives, urban and rural populations, and challenges that unify us all."

At the end of the semester, students are expected to produce reports on these issues and solutions. This content will be shared with the general public, with the goal of taking concrete action.

The speakers were invited based on their long experience and effectiveness as public servants, and on their ability to reach across party lines to find creative solutions to critical problems that matter

**U-M earns national awards for sexual assault, alcohol prevention efforts**

**University community names four peregrine falcon chicks**

**U-M researchers building system to safeguard confidential data**

**U-M remains top U.S. public university in QS World Rankings**

+ MORE HEADLINES



MOST POPULAR

**U-M remains top U.S. public university in QS World Rankings**

**Classes to begin before Labor Day in 2020**

**U-M appoints new vice president for IT, chief information officer**

**U-M maintains No. 15 in Times Higher Education World Reputation ranking**

**Regents approve faculty promotions**

to students and the state.

The course is the cornerstone of a new university effort called the Michigan Initiative for Shared Values, which aims to uncover issues important to most Americans regardless of political affiliation and work together to create workable solutions through community engagement.

Tags: **LSA**, **politics**, **political science**

---

## COMMENTS

**JANE SHIRLEY**
on 10/17/17 at 7:27 am

Perfect course for Schlissel. Hopefully he signs up.

**NICK PFOST**
on 10/17/17 at 11:08 am

Awesome--this should be cross-listed at the Ford School.

**KIM DUEDE**
on 10/17/17 at 6:21 pm

This sounds awesome! Definitely a worthy course in this political climate. There have been plenty of times when I've wondered if solutions could be agreed on that would cross the lines between parties.

**Commenting is closed for this article. Please read our comment guidelines for more information.**



About

Past issues

Contact

© 2018 The Regents of the University of Michigan

MICHIGAN DAILY | MICHIGAN NEWS | MICHIGAN RADIO | MICHIGAN TODAY | HEALTH SYSTEM NEWS |
ATHLETIC NEWS

# EXHIBIT 62

6/14/2018 — Escaping poverty through entrepreneurship | The Gerald R. Ford School of Public Policy | University of Michigan

Case 4:18-cv-11451-LVP-EAS ECF No. 18-17 filed 06/15/18 PageID.805 Page 50 of 162



HOME (/) › EVENTS (/EVENTS) › ESCAPING POVERTY THROUGH ENTREPRENEURSHIP

## Events

POLICY TALKS @ THE FORD SCHOOL

## Escaping poverty through entrepreneurship

**WHEN:** Wednesday, October 04, 2017 4:00 pm to 5:30 pm

**LOCATION:** Weill Hall, Annenberg Auditorium
735 S. State Street
Ann Arbor, MI 48103

ADD TO CALENDAR »

SHARE THIS

*Free and open to the public. Reception to follow.*

*Join the conversation: #policytalks*


Photo: Gage Skidmore

A Policy Talks @ the Ford School event with a lecture by Arthur Brooks, president of American Enterprise Institute, on poverty and public policy. Followed by a conversation with Luke Shaefer, director of Poverty Solutions, and community Q&A.

*Co-sponsored by Poverty Solutions and the Gerald R. Ford School of Public Policy.*

**About the speaker:**

**Arthur C. Brooks** has been president of the American Enterprise Institute (AEI) since January 1, 2009. He is also the Beth and Ravenel Curry Scholar in Free Enterprise at AEI.
Before joining AEI, Dr. Brooks was the Louis A. Bantle Professor of Business and Government at Syracuse University, where he taught economics and social entrepreneurship. Before
pursuing his work in academia and public policy, he spent 12 years as a classical musician in the United States and Spain.

Dr. Brooks is a contributing opinion writer for The New York Times and the bestselling author of 11 books on topics including the role of government, economic opportunity, happiness,
and the morality of free enterprise. His latest book is the New York Times bestseller, "The Conservative Heart: How to Build a Fairer, Happier, and More Prosperous America"
(Broadside Books, 2015). He has also published dozens of academic journal articles and the textbook "Social Entrepreneurship" (Prentice Hall, 2008).

Dr. Brooks has a Ph.D. and an M.Phil. in policy analysis from the Pardee RAND Graduate School. He also holds an M.A. in economics from Florida Atlantic University and a B.A. in
economics from Thomas Edison State College.

**TAGS:** Poverty and social policy, Arthur Brooks, American Enterprise Institute, Arthur Brooks

HOSTED BY

6/14/2018 Poverty and public policy with entrepreneurship 17 Gerald R. Ford School of Public Policy, the University of Michigan

Case 4:18-cv-11451-LVP-EAS ECF No. 18-7 filed 06/15/18 PageID.806 Page 51 of 162

Ford School

More from this event host

Poverty Solutions

More from this event host

<span style="color:#a68b00">MULTIMEDIA</span>

Arthur Brooks: Escaping poverty through entrepreneurship

+   TRANSCRIPT

# EXHIBIT 63





Make sure to come by this Wednesday at 7pm for a lecture and Q&A
with American Enterprise Institute scholar Christina Hoff Sommers
hosted by Young Americans for Freedom. Should be a great event!

**Where Leftist Feminism Went Wrong:**
The Case for Conservative Feminism

How the once noble cause of feminism lost its way and
why it may take conservative women to put it back on track

with speaker
**Christina Hoff Sommers**
Resident Scholar at the American Enterprise Institute and
former professor of philosophy specializing in moral theory

Click for
more info

Wednesday, April 11th at 7pm in the Michigan League Hussey Room
**Free & Open to the Public**
seating is on a first-come, first-served basis

APR
**11**

Where Leftist Feminism Went Wrong, with Christi...
Wed 7:00 PM EDT · Michigan League (Hussey Room)
46 people interested

---

**American Enterprise Institute University of Michigan Executive Council** updated their cover photo.
March 6 ·

AEI & THE ADAM SMITH SOCIETY PRESENT:
**FREE TRADE & THE PERILS OF PROTECTIONISM**
MONDAY MARCH 19TH 6:00PM
WHERE: BLAU B1590

Oldest

View all 2 comments

See All

Posts

**American Enterprise Institute University of Michigan Executive Council** added an event.
March 6 ·

The American Enterprise Institute Executive Council and The Adam Smith
Society are pleased to host economics professor and AEI scholar Mark
Perry for a lecture and Q&A on "Free Trade and the Perils of Protectionism."
Dr. Perry's primary academic research is in the area of applied
macroeconomics and financial economics. Perry's opinion pieces have
appeared in most major newspapers around the country, including the Wall
Street Journal, the Washington Post, USA Today and Investo... See More



AEI & THE ADAM SMITH SOCIETY PRESENT:
**FREE TRADE & THE PERILS OF PROTECTIONISM**
MONDAY MARCH 19TH 6:00PM
WHERE: BLAU B1590

**See more of American Enterprise Institute University of Michigan Executive Council on
Facebook**

| Log In | or | Create New Account |

MAR    **Free Trade and the Perils of Protectionism**



19 Mon 6:00 PM EDT · Ross School of Business, First Floor of Blau Ha...
43 people interested

American Enterprise Institute University of Michigan
Executive Council
January 30

Tonight's the night! Come by the Michigan Room (2nd floor) of the Michigan
League at 6pm for a timely discussion with former Pentagon official Michael
Rubin. He will be discussing the Iran protests, moving the embassy to
Jerusalem, and about the whole future of the Middle East. See you there!

Kurt Wesolek likes this.

American Enterprise Institute University of Michigan
Executive Council updated their cover photo.
December 30, 2017 ·

AEI PRESENTS
THE IRAN DEAL & THE FUTURE
OF THE MIDDLE EAST
WITH FORMER PENTAGON OFFICIAL & AEI SCHOLAR:
MICHAEL RUBIN

TUESDAY, JANUARY 30TH 6:00PM
THE MICHIGAN ROOM OF THE MICHIGAN LEAGUE

Hussein Al-farttossy and Kurt Wesolek like this.

American Enterprise Institute University of Michigan
Executive Council added an event.
December 30, 2017 ·

****Must Have a Valid M Card for Entry****

The American Enterprise Institute Executive Council invites you to a lecture
and Q&A on the Iran Deal, Iran Protests, and the Future of the Middle East
with AEI scholar Michael Rubin.

Michael Rubin is a former Pentagon official whose major research areas are
the Middle East, Turkey, Iran and diplomacy. Rubin instructs senior military
officers deploying to the Middle East and Afghanistan on regional politics,
and teaches classes regar... See More

AEI PRESENTS
THE IRAN DEAL & THE FUTURE
OF THE MIDDLE EAST
WITH FORMER PENTAGON OFFICIAL & AEI SCHOLAR:
MICHAEL RUBIN

TUESDAY, JANUARY 30TH 6:00PM
THE MICHIGAN ROOM OF THE MICHIGAN LEAGUE

JAN  The Iran Deal, Iran Protests, and the Future of the Mid...
30   Tue 6:00 PM EST · The Michigan Room (Second Floor) of the Michi...
     65 people interested

**See more of American Enterprise Institute University of Michigan Executive Council on
Facebook**

| Log In | or | American Enterprise Institute University of Michigan Executive Council
Create New Account
December 29, 2017 · |

Excited to announce we will be hosting former Pentagon official and AEI scholar Michael Rubin on 1/30 to speak about the Iran Deal and the Future of the Middle East. More details and a FB event to follow!
http://www.aei.org/scholar/michael-rubin/



Michael Rubin - AEI

Download hi-res photo Contact Info: 202.862.5851 @mrubin1971 Download VCARD Download CV Request an interview Assistant Info: John Spacapan 202.862.5911 Michael Rubin Back to scholar list Foreign and Defense Policy Scholars Resident...

AEI.ORG

Kurt Wesolek, Brooke Bacigal and Ben Decatur like this.

 **American Enterprise Institute University of Michigan Executive Council** shared Freedom & Flourishing Project's event.

October 30, 2017 ·

We are happy to partner with the Freedom and Flourishing Project to host a debate on "Who Should We Let In?" Come to 3222 Angell Hall this Thursday, Nov. 2nd to hear classical liberal, libertarian, and conservative perspectives on immigration.



NOV
2

**Who should we let in?**
Thu 7:00 PM EDT · 3222 Angell Hall
15 people interested

Kurt Wesolek likes this.

 **American Enterprise Institute University of Michigan Executive Council** updated their cover photo.

September 13, 2017 ·



See more of American Enterprise Institute University of Michigan Executive Council on Facebook

| Log In | or | Create New Account |



 **American Enterprise Institute University of Michigan Executive Council** added an event.
September 13, 2017 ·

*********M CARDS ONLY************

Coming Apart: How Class Division Sparked a Populist Revolt

The American Enterprise Institute Executive Council at the University of Michigan in partnership with College Republicans will be hosting Dr. Charles Murray on Wednesday, October 11th.

Charles Murray is the W. H. Brady Scholar at the American Enterprise Institute. A political scientist, author, and libertarian, Murray first came to national attention in 1984 with the publication of "Losing Ground," which has been credited as the intellectual foundation for the Welfare Reform Act of 1996. His 1994 New York Times bestseller "The Bell Curve" , coauthored with the late Richard J. Herrnstein, sparked heated controversy for its analysis of the role of IQ in shaping America's class structure. Dr. Murray's other books include "What It Means to Be a Libertarian" (1997), "Human Accomplishment" (2003), "In Our Hands" (2006), "Real Education" (2008), and the New York Times bestseller "Coming Apart" (2012). His most recent book, "By the People: Rebuilding Liberty Without Permission" (Crown Forum, 2015) urges Americans to stem governmental overreach and use America's unique civil society to put government back in its place.

Dr. Murray will be speaking about his 2012 book "Coming Apart," in which he demonstrates that a new upper class and a new lower class have diverged so far in core behaviors and values that they barely recognize their underlying American kinship.

The lecture will be followed by a Q&A period at which students are encouraged to ask tough questions, but engage respectfully with the speaker.

The event will be in Palmer Commons: Great Lakes North Central.

Questions can also be submitted beforehand at:
https://docs.google.com/.../1FAIpQLSd1CZYXdq-OfqjJG.../viewform...



OCT
**11** Coming Apart: How Class Division Sparked a Populist...
Wed 6:00 PM EDT · Palmer Commons at University of Michigan · A...
105 people interested

Kurt Wesolek likes this.

 **American Enterprise Institute University of Michigan Executive Council** updated their profile picture.
September 12, 2017 ·

**See more of American Enterprise Institute University of Michigan Executive Council on Facebook**

| Log In | or | Create New Account |



Grace Lutfy likes this.

**American Enterprise Institute University of Michigan Executive Council** shared College Republicans at the University of Michigan's event.
October 17, 2016 ·

Be sure to stop by this Wednesday!

https://www.facebook.com/events/1605861099708323/

OCT
**19**

**3rd Presidential Debate Viewing Party**
Wed 8:30 PM EDT · Angell Hall Auditorium D
29 people interested

Jorge Luis GutierrezDiaz likes this.

**American Enterprise Institute University of Michigan Executive Council** shared their event.
February 18, 2016 ·

Gerald R. Ford School of Public Policy University of Michigan
https://www.facebook.com/events/1555097838149608/ Hope you are excited as we are for our upcoming panel and Q&A TONIGHT AT 5:30 PM in the Betty Ford Auditorium!

**See more of American Enterprise Institute University of Michigan Executive Council on Facebook**

**Log In**     or     **Create New Account**



FEB
18

**Panel and Q&A: Does American Leadership Still Matter?**
Thu 5:30 PM EST · Betty Ford Auditorium, 1110 Weill Hall, Gerald...
39 people went

**American Enterprise Institute University of Michigan Executive Council** shared American Enterprise Institute's post.
February 12, 2016 ·

**American Enterprise Institute**
February 12, 2016 ·

While it's happenstance that our sixteenth president was born so near to the day on which the nation's first chief executive was born, Lincoln himself was acutely aware of his position in relation to President Washington.



Assessing Lincoln on the anniversary of his birth

Lincoln himself noted in his Farewell Address of February 11, 1861, as he left Springfield to become president in Washington, that he went "to assume a task more difficult than that which devolved upon Washington."

AEI.ORG

**American Enterprise Institute University of Michigan Executive Council** shared American Enterprise Institute's post.
February 12, 2016 ·

**American Enterprise Institute**
February 11, 2016 ·

Hillary Clinton and Bernie Sanders both complain about excessive CEO pay, but she makes more in speaking fees than most CEOs make in a year...by $10,000.



The average CEO makes less than Hillary's speaking fee

In the campaign ad above for Hillary Clinton, the narrator tells us that "On average, it takes nine hundred Americans working for a solid year to make as...

AEI.ORG

**See more of American Enterprise Institute University of Michigan Executive Council on Facebook**

| Log In | or | Create New Account |



**American Enterprise Institute University of Michigan Executive Council** shared American Enterprise Institute's video.
February 12, 2016 ·

1,917 Views

**American Enterprise Institute**
February 11, 2016 ·

After crushing victories by Trump and Sanders in the New Hampshire primaries, it looks like there could be a presidential race between two anti-establishment candidates.

Grace Lutfy likes this.

See More

**See more of American Enterprise Institute University of Michigan Executive Council on Facebook**

| Log In | or | Create New Account |

# EXHIBIT 64

# College Republicans welcome gubernatorial candidate

Wednesday, October 25, 2017 - 9:02pm



State Sen. Patrick Colbeck presented and took questions during an event Wednesday in the Union. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Courtesy of Patrick Colbeck

ISHI MORI (/AUTHOR/ISHMOR)
Daily Staff Reporter

Pitching his political platform, State Sen. Patrick Colbeck, gubernatorial candidate, R-Canton, spoke to members of the University of Michigan's chapter of College Republicans on Wednesday at the Michigan Union.

The students in attendance gathered to question the second-term state senator, who is known to be among (http://www.detroitnews.com/story/news/local/michigan/2017/05/31/patrick-colbeck-gov-run/102363312/) the most conservative members of the chamber on issues ranging from Obamacare (https://www.michigandaily.com/section/government/killing-it-inside-how-trump-administration-

dismantling-obamacare-michigan) to road maintenance — in 2015, 56 percent of non-federally funded roads were in poor condition, according (https://www.clickondetroit.com/traffic/michigan-roads-to-get-worse-before-better-data-shows) to the Michigan Transportation Asset Management Council.

LSA senior Enrique Zalamea, president of College Republicans, said he invited Colbeck before frontrunner Bill Schuette because an internal straw poll of College Republicans indicated that he was the most popular of the Republican candidates. He said he was excited to give students a variety of views before the state Republican primary, which will be held on Aug. 7, 2018.

"It's a really great thing when you see these gubernatorial candidates, people running for different offices, to really want to engage with the students," Zalamea said. "We're really looking forward to hearing about his policies and his plans for running for governor and his plans for implementing those policies."

In his opening remarks, Colbeck spoke against bureaucrats in Lansing and Washington, D.C., for setting unrealistic policy goals and urged the audience to retake control of their right to make decisions on a local level.

"There are a lot of people up in Lansing, a lot of people up in D.C., that think they know better how to run your lives than you do," Colbeck said. "I run into them on a regular basis and I'm sick and tired of them."

Colbeck then opened the floor to questions. When asked how he plans to fund the government after he eliminates the income tax, as stated in his platform (https://colbeckforgovernor.com/principled-solutions/), Colbeck delineated a plan to slash unnecessary expenses. He explained economic development and reduction in welfare recipients would pay for a large part of the $9.7 billion budget hole his plan would leave. Colbeck also listed eliminating Obamacare, Medicaid grants from the government and stepping up enforcement against sales tax fraud as other measures.

Colbeck argued he can do all of this without cutting essential services like police, fire and education, and rallied against politicians who would rather spend and grab newspaper headlines than tackle the difficult issues head-on.

"I think we're always chasing shiny objects sometimes in state government," Colbeck said. "You've heard of ambulance chasers, there you've got your headline chasers."

When asked about free speech on campus, Colbeck pointed to Senate bills 349 (http://www.legislature.mi.gov/(S(t5rmag232gcnye2hitemyxnt))/mileg.aspx? page=getobject&objectname=2017-SB-0349&query=on) and 350 (http://www.legislature.mi.gov/(S(t5rmag232gcnye2hitemyxnt))/mileg.aspx? page=getobject&objectname=2017-SB-0350&query=on), pieces of legislation he co-wrote that punishes those who block speeches or protests on campus. He argued against those who shut down controversial speakers and emphasized the importance of civil dialogue in a democracy.

"I want to have civil dialogue, because we don't have dialogue in the universities where we're supposed to have good, fair, balanced, open-minded discussions on this stuff here," Colbeck said in an interview before the event. "We can't allow people to shout down conversations, so I want to make sure we got an open dialogue, and if people want to engage, engage, but be respectful."

LSA senior Benjamin Decatur, co-chair of the American Enterprise Institute Executive Council at the University of Michigan, agreed with Colbeck, adding he feels uncomfortable sharing his opinions in class because he perceives a closed-minded liberal wall surrounding him.

This past month, Decatur's group brought (https://www.michigandaily.com/section/government/students-attempt-shut-down-speech-controversial-social-scientist-charles-murray) controversial political scientist Charles Murray to campus, stirring protests and demonstrations across campus that culminated in some students disrupting Murray mid-speech.

"I think it's definitely a problem," Decatur said. "Speakers who differ from liberal orthodoxy get shut down or aren't given the opportunities to speak, so it's very important that we have protections in place so this doesn't happen."

Colbeck later moved on to a question about federal versus local control of education. He criticized what he saw as the education establishment trying to wrest control of education away from students and their parents. He praised initiatives like the Michigan Education Savings Program (https://www.misaves.com/), which gives students and parents control over their accounts.

"These student student-specific accounts would actually be controlled by the parents and the students, not by some educrat or bureaucrat up the line," Colbeck said. "And (the education establishment) opposed that. That took power away from them. So it's literally a discussion of control versus funding, and they chose control."

In discussions about immigration, Colbeck explained government's first imperative is to secure the rights of the governed and said he was weary of allowing Syrian refugees in without stricter standards.

"I actually authored a resolution encouraging Governor Snyder to keep his finger on the pause button in regards to Syrian refugees," Colbeck said. "Because I was briefed on how we actually screen incoming immigrants into the country, and there was no attention to the security in that process at all."

In an interview before the event, Colbeck described the difference between him and his competitor Schuette as one of "bold colors versus pale pastels" to paraphrase Ronald Reagan.

"I swing for the fences," Colbeck said. "Case in point of our differences is I'm talking about eliminating the state income tax. He's talking about reducing it 0.35 percent. There's a difference in approaches there."

Regarding his recent expulsion from four committees in the Senate, Colbeck disputed the narrative of state Senate Majority Leader Arlan Meekhof, R-West Olive. Colbeck disputed the majority leader's claim that he was angry about Colbeck campaigning in Meekhof's district without asking him first, as is the norm in the Senate.

"Ultimately, the issue was that I was out there speaking about policy issues the Senate majority leader didn't want me to talk about, that's at least his perception," Colbeck said. "All I was doing was I was saying hi to people."

LSA junior Amanda Delekta, vice chair of College Republicans, said she thought the event was successful and a great opportunity for students to ask questions that cut deep into issues.

"I think it's important to keep an open mind to go through the election process and the campaign process, see what the candidates are saying, bounce that off each other, compare and contrast and find the candidate that's going to support the issues that are important to me," Delekta said.

## MORE LIKE THIS

State Senator behind free speech legislation launches campaign for governor (/section/government/campus-free-speech-legislation-debated-commitee-hearing)

Michigan gubernatorial finance reports raise concern about price tag of elections (/section/government/gubernatorial-candidates-quick-start-fundraising)

Republican Patrick Colbeck launches gubernatorial campaign (/section/news/colbeck-campaign-launch)

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?p=subscribe&id=4)



About (/about)      Contact us (/contact)      Advertise (/advertise)      Subscribe (https://mail.michigandaily.co p=subscribe&id=4)

Join the staff (/join-us)         Merchandise         View Print Issue

6/14/2018
College Republicans welcome gubernatorial candidate – The Michigan Daily
Case 4:18-cv-11451-LVP-EAS ECF No. 18 filed 06/15/18 PageID.822 Page 67 of 162

(http://store.michigandaily.com)     (http://issuu.com/michigandaily/)



(https://www.facebook.com/michigandaily/)



(https://twitter.com/michigandaily)



(https://www.instagram.com/michigandaily/)



(https://www.youtube.com/user/michdailymultimedia)

# The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 65

# Former Clinton Military Aide Tells Students "What Really Happened"

Last Thursday, on Hillary Clinton's birthday, over 100 people packed the Michigan Union Pendleton Room to hear Lt. Col. Robert "Buzz" Patterson speak about "What Really Happened" in regards to Clinton's candidacy.

Patterson served as the former military aide to President Bill Clinton and carried the "nuclear football," the informal name for the briefcase that allows the president to launch a nuclear attack.

The event was hosted by the Michigan chapter of Young Americans For Freedom, a nonprofit, nonpartisan, educational organization dedicated to promoting conservative ideas of free enterprise, limited government, and a strong national defense to give all people freedom to thrive, according to the group's Facebook page (https://www.facebook.com/YAFUMich/?fref=ts).

Patterson, who lived in the White House, was with the Clintons through it all, including the Monica Lewinsky scandal and the Whitewater controversy.

He began his lecture by talking about his years in college and how strange it was that sixteen years after marching against nuclear weapons he found himself carrying the "nuclear football" for the President of the United States.

Patterson painted a grim picture of the Clinton White House, marked by corruption and constant bickering between the president and first lady.

In one recount, Patterson said that Clinton could have helped prevent thousands of Kurds from dying in Iraq, but he refused to answer several phone calls and instead watched golf.

Patterson described in detail the oftentimes fraught relationship between Bill and Hillary Clinton, noting that the two slept in separate beds.

Their dysfunctional relationship was especially seen when the two were fighting in an elevator before an event. As soon as the elevator opened they held hands and waved to the crowd as if everything was fine, according to Patterson.

 *"I am glad so many students were able to hear a different opinion regarding the Clintons and the 2016 election that isn't commonly heard on campus," Chludzinski said. "Patterson was able to prove that Hillary would have been unable to be the individual that our nation not only needs, but deserves."*

"In that elevator, Hillary took out her anger on the president. She yelled at the president every bad word you have ever heard in your life," Patterson said.

Patterson described Hillary as having "profane anger" and would go "0 to 60 real quick." He also said that she would "eviscerate people."

And then came the Monica Lewinsky scandal.

Patterson described the day that the scandal broke, stating that "Hillary became the president that day," as she told her husband what to say to the press.

Hillary knew about President Clinton's relationship with Monica long before it was leaked to the press, according to Patterson.

Patterson also claimed that Hillary penned the now infamous "I did not have sexual relations with that woman" line that President Clinton told the nation, which ultimately led to his later impeachment.

The day the scandal broke, Clinton was so preoccupied that he forgot where he put the nuclear codes. Patterson said it was unclear whether the codes had been lost for days or months.

"He was not quite the commander in chief I had expected," Patterson said.

Asked what he hoped to learn from the event, LSA sophomore Hanuman Durina told *The Michigan Review* that he wanted a "deeper insight into all the rumors and theories that contributed to why so many people lost faith in Hillary Clinton…also to get a definitive answer on why the American people shouldn't trust her."

Jacob Chludzinski, the president of Young American's for Freedom at Michigan, thought the event was a great success.

"I am glad so many students were able to hear a different opinion regarding the Clintons and the 2016 election that isn't commonly heard on campus," Chludzinski said. "Patterson was able to prove that Hillary would have been unable to be the individual that our nation not only needs, but deserves."

The event was hosted on the heels of Hillary Clinton's stop in Ann Arbor last week to discuss her new book "What Happened."

(Visited 781 times, 2 visits today)



## About Ben Decatur

Benjamin Decatur is a Social Media Editor for the Review, studying political science and business at the University of Michigan. His work can also be found on Red Alert Politics, The College Fix, and The National Discourse. He can be reached at decaturb@umich.edu. View all posts by Ben Decatur → (https://www.michiganreview.com/author/decaturb/)

# EXHIBIT 66

Join or Log Into Facebook

Sign Up

Privacy
Cookie
Faceb

**Email or Phone**

**Password**

Forgot account?

Log In

Do you want to join Facebook?

Sign Up



**NOV 2**

## Who should we let in?

Public · Hosted by Freedom & Flourishing Project and 2 others

Interested

Thursday, November 2, 2017 at 7:00 PM - 9:00 PM EDT
about 7 months ago

3222 Angell Hall

**About**          Discussion

**9 Went · 15 Interested**
Share this event with your friends

### Details

A panel discussion with Reihan Salam (Slate, NR), Mike Huemer (UC-Boulder), and Hrishikesh Joshi (UMich-Ann Arbor).

Every country in the world imposes strong restrictions on immigration. Can those restrictions be justified?

On one hand, immigration restrictions seem to impinge on individual liberty. Greater freedom of movement will also make potential immigrants better off. On the other hand, open-border policies might strain civil society and harm the interests of certain groups of citizens (especially the poor). They are also politically unpopular in democratic countries. Modern political reality further raises the issue of partial border enforcement, as is presently the case in the U.S. Regardless of whether current immigration restrictions are justified, is there injustice in selectively enforcing immigration laws?

The panelists will defend very different answers to these questions. Reihan Salam argues from a conservative perspective that open-border policies will strain important social and political institutions, in part by dramatically increasing inequality. Michael Huemer argues for the libertarian position against restrictions on immigration on grounds of justice and liberty. And Hrishikesh Joshi contends, from classical liberal starting points, that partial border enforcement is both unjust and bad public policy.

The panel will end with a Q&A session, and refreshments will be served!

See Less

Immigration policy

Events
Calendar
Birthdays
Discover
Past
| Who should we let in?

Create Event

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Ad Choices

Events

**Featuring**



### Freedom & Flourishing Project
Education

The Freedom & Flourishing Project promotes scholarship on the theory, history, and empirical support for classical liberalism.

### American Enterprise Institute University of Michigan Executive Council
Political Organization · Ann Arbor, Michigan

Welcome to the University of Michigan's American Enterprise Institute Executive Council's page!

### Young Americans for Freedom at the University of Michigan
Nonprofit Organization · Ann Arbor, Michigan

YAF is a non-profit, educational organization dedicated to promoting the ideas of free enterprise, limited government, and a strong national defense.

1 post in the discussion.

See Discussion

Privacy · Terms · Advertising ·
Cookies · More
Facebook © 2018

# EXHIBIT 67

# Federal tax reform: A bipartisan dialogue

November 30, 2017                                                    Nicole Casal Moore

**EVENT ANNOUNCEMENT**

**DATE:** 2:30-4 p.m. Monday, Dec. 4, 2017

**EVENT:** As a new tax reform bill moves through Congress, University of Michigan President Mark Schlissel will moderate a bipartisan discussion on current and historic tax reform efforts with a former chairman of the House Ways & Means Committee and the dean of U-M's Ford School of Public Policy. The event is open to the public.

Panelists are:

- Former U.S. Rep. Dave Camp, senior policy adviser at PricewaterhouseCoopers, who was chairman of the House Ways & Means Committee from 2011 to 2015. Camp, who served in the House from 1991 to 2015, was recognized for his leadership in advancing federal tax reform.

- Michael Barr, the Joan and Sanford Weill Dean of Public Policy at U-M's Ford School and professor of public policy and law. Barr served from 2009 to 2010 as the U.S. Department of the Treasury's assistant secretary for financial institutions. He was a key architect of the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010.

- Mark Schlissel is is the 14th president of U-M and the first physician-scientist to lead the institution. He became president in July 2014. He recently co-authored an op-ed in the Detroit News titled "Tax Plan Hurts College Students."

The event will be **streamed live online.**

The panelists will address a broad range of practical and philosophical questions on tax reform topics: corporate tax rates, the right approach to taxing higher education, whether tax reform should take into account the current deficit, the effects of various tax reforms on wage growth, and whether reform should be affect all tax brackets equally, unlike the current proposal.

Attendees can join the conversation at #policytalks or by writing questions on cards that will be passed out at the entrance.

**PLACE:** Weill Hall, Annenberg Auditorium (Room 1120), 735 S. State St., Ann Arbor

**MEDIA RSVP:** Media planning to attend should RSVP to Nicole Casal Moore at ncmoore@umich.edu by 5 p.m. Friday, Dec. 1.

**SPONSOR:** U-M Ford School of Public Policy

**INFORMATION: Tax reform: A dialogue**

# EXHIBIT 68

Case 4:18-cv-11451-LVP-EAS  ECF No. 18-7  filed 06/15/18  PageID.833

# Conservative group sends free speech beach ball to the Diag

Monday, January 8, 2018 - 5:23pm
MOLLY NORRIS (/AUTHOR/MOLLYPN)
Daily Staff Reporter

Issues of free speech on the University of Michigan's campus this year haven't exactly been fun and games, but an outside conservative group sought to change that Monday afternoon.

Students played with and scribbled on a huge beach ball labeled "Free Speech" on the Diag, open to anyone and everyone who wanted to share their thoughts and write something on the ball.

Nathan Williamson, one of the facilitators of the event and a Field Representative at the Leadership Institute (https://www.leadershipinstitute.org/), an institute intending to provide training for conservative activists, has done this activity at universities all around Michigan in an effort to promote free speech on college campuses.

"It's a beach ball we roll around campus to promote free speech, and we let anybody write whatever they want to on it as a practice of the First Amendment," Williamson said.

In recent months, the line between free speech and hate speech has been heavily debated by University students and administration. In response to a speech (https://www.michigandaily.com/section/government/students-attempt-shut-down-speech-controversial-social-scientist-charles-murray) by Charles Murray, a controversial social scientist who promotes a since-debunked relationship between race and IQ, last October, protests were organized, claiming his ideas were discriminatory and did not qualify as free speech. With the impending decision (https://www.michigandaily.com/section/administration/university-will-not-deny-spencer-request-speak-campus) by the University as to whether or not white supremacist Richard Spencer will be given a date and place to speak on campus assuming the safety of students can be assured, the University has organized (https://www.michigandaily.com/section/news-briefs/wake-spencer-decision-u-announces-series-events-free-speech-and-inclusion) events during the winter semester to examine what free speech means on campus.

Williamson said he brought the beach ball to the University because of FIRE (https://www.thefire.org/), — Foundation for Individual Rights and Education — a free speech watchdog organization that looks at college campuses around the country and rates their free speech policies.

FIRE rates "green light schools" are campuses it views as friendly to friend speech, while red light schools are the worst. FIRE rated the University as a red light institution (https://www.thefire.org/schools/university-of-michigan-ann-arbor/).

"U-M has red light policies that basically show that the school is less open to free speech," Williamson said. "So the purpose of this specifically is to just promote a culture of free speech here on campus."

FIRE has deemed some of the University's policies on hate speech, bias-related incidents and sexual harassment to be examples of red light policies that restrict students' free speech.

Williamson had been to many campuses around the state of Michigan, and said that he hadn't been at the University's campus long enough to really tell how the policies were enforced. However, regardless of how they are enforced, Williamson said the way that the policies are written are not necessarily welcoming to free speech.

In addition to the Leadership Institute's display at various universities, other conservative advocacy groups such as Turning Point USA have been increasing their presence in higher education. Last year, a website by Turning Point called Professor Watchlist (https://www.michigandaily.com/section/academics/students-professors-react-professorial-free-speech-concerns) identified about 150 professors around the country as discriminating against conservative students.

Williamson said at times, the beach ball and other events he has organized have been met with protesters and even police interference. In this specific display, the ball was met with curious looks and some questions, but no one seemed particularly threatened by it.

Many students stopped to write on the ball. While some students wrote song lyrics or drew pictures, others took a more political route with their writing. One side of the ball had "Palestine" written with a heart under it, and the other had "G-d Bless Israel." There was one comment that read "speech isn't free," and some that were more vulgar; for example, "F— Mike Pence."

One student who stopped to write on the ball was LSA sophomore Lucas Renno, who thought while the beach ball may not entirely get the point across, it was a good start to talking about free speech at the University.

"I believe that free speech, as in the very idea of the right that anybody should be able to express an opinion without being censored or persecuted, is a right that is fundamental to our modern society, and to the very concept of democracy itself," Renno said.

Engineering freshman Anu Tuladhar, who stopped to look at the ball, also said she believed it was a "cool way" to promote free speech.

"I think having a physical representation to just put your thoughts on is nice because it's not something online where it's completely anonymous, and you feel completely protected by cyberspace," Tuladhar said. "You still have this place where you can just show everyone, 'this is what I'm thinking.' "

## MORE LIKE THIS

University tackles free speech issues (/section/campus-life/university-tackles-free-speech-issues)

'1A' host moderates debate on campus free speech (/section/campus-life/1a-host-moderates-debate-campus-free-speech)

State Senator behind free speech legislation launches campaign for governor (/section/government/campus-free-speech-legislation-debated-commitee-hearing)

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?p=subscribe&id=4)

About (/about)         Contact us (/contact)         Advertise (/advertise)         Subscribe (https://mail.michigandaily.cc p=subscribe&id=4)

Join the staff (/join-us)                Merchandise (http://store.michigandaily.com)         View Print Issue (http://issuu.com/michigandaily/)


(https://www.facebook.com/michigandaily/)


(https://twitter.com/michigandaily)


(https://www.instagram.com/michigandaily/)


(https://www.youtube.com/user/michdailymultimedia)

## The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 69

Case 4:18-cv-11451-LVP-EAS   ECF No. 18-7   filed 06/13/18   PageID.837   Page 82 of 162

# Middle East Policy in the Age of Trump: A Talk from Michael Rubin

On Tuesday night, before President Trump took the stage to give his State of Union address, Michael Rubin gave a talk at the University of Michigan titled "The Iran Deal, Iran Protests, and the Future of the Middle East." Michael Rubin (http://www.aei.org/scholar/michael-rubin/) is a resident scholar and historian with the American Enterprise Institute who focuses on Iran, but also studies Turkey, Iraq and other Middle East countries. Rubin

focuses on these countries and looks at how US policy toward them has shaped their futures, and also writes about how we should treat these countries in the present. He has made numerous media appearances, including his most recent appearances on Fox News's "Fox and Friends (http://www.aei.org/press/discussing-immigration-reform-rubin-on-fox-news-fox-friends/)" discussing border security and CNBC's "Power Lunch (http://www.aei.org/press/discussing-the-geopolitical-risk-of-the-protests-in-iran-rubin-on-cnbcs-power-lunch/)" discussing the recent Iran protests. In his most recent book, *Dancing with the Devil: The Perils of Engaging Rogue Regimes* (https://www.amazon.com/dp/B00THFMDDQ/ref=dp-kindle-redirect?_encoding=UTF8&btkr=1), he examines the pitfalls of attempting to negotiate with "Rogue Regimes," from North Korea to the Palestine Liberation Organization (PLO).

He started off the event by outlining the purpose of the talk: to focus on things that "are not necessarily on the front pages of newspapers" but still deserve equal attention and discussion when thinking about the United States and its policies toward the Middle East. He then delved into his feelings on the Joint Comprehensive Plan of Action (https://www.state.gov/e/eb/tfs/spi/iran/jcpoa/), commonly known as the "Iran Deal (http://www.bbc.com/news/world-middle-east-33521655)." The details (https://www.theguardian.com/world/2015/jul/14/iran-nuclear-deal-key-points) of that plan includes a reduction of centrifuges in Iran, as well as a reduction of Iran's Uranium capacity and stockpile, which would be verified by inspections from the International Atomic Energy Agency, otherwise known as the IAEA. The United States and the European Union in turn agreed to reduce nuclear and economic sanctions on Iran if they complied with the deal. Most notably, the deal includes a lifting of economic oil sanctions (https://www.nytimes.com/2016/01/17/world/middleeast/iran-sanctions-lifted-nuclear-deal.html) in early 2016, which released over $100 billion in assets to the regime. This deal has been considered a hallmark of the Obama (https://www.cbsnews.com/video/full-speech-president-obama-defends-iran-nuclear-deal/) Presidency. The former president, as well as former Secretary of State John Kerry (https://www.washingtonpost.com/opinions/the-iran-deal-is-working-heres-how-we-know/2017/09/29/d138b070-a44c-11e7-b14f-f41773cd5a14_story.html?utm_term=.f16d36b493cc), have hailed the deal as having an overwhelming positive influence in the region.

However, while there are those who support the deal, many conservatives in the US are against the Iran deal as they feel it will not stop Iran from obtaining nuclear weapons and instead lifts many of the sanctions that kept them in check. This led US Senators Bob Corker of Tennessee and Ben Cardin of Maryland to author a bipartisan law (https://www.politico.com/story/2015/04/ben-cardin-bob-corker-iran-deal-116979) that stated that the Iran deal had to be reviewed and re certified every 90 days by the President in order to continue. In October of last year, President Trump announced that he would refuse to re-certify (https://docs.google.com/document/d/186M0dU2vl4bGjZhORbyjE1MdoqImT9r6lbKNrM9cT5g/edit) the deal by the next deadline, saying that Iran was violating "the spirit of the deal." This in turn led to much controversy and criticism, as many people were divided on the issue.

Michael Rubin addressed the deal by saying he tended to be against it, as the premise of progressivism that the deal was outlined under was faulty to begin with. This premise or idea is that the newly elected reformists in an undemocratic country can show that acting responsible was better than continuing to act in nefarious and degrading ways as a regime. This, many progressives believe, forces these countries to become democracies and change their ways.

 While I disagreed with some of his points, I found the event to be illuminating, full of perspective and insight into a country and a region that will continue to be analyzed for generations to come.

This idea was brought up at a feverish rate when Hassan Rouhani was elected President, as many believed he was the reformer of Iran that the world had been waiting for. Rubin responded to this by saying that while that view is not always false, many negotiations with rogue regimes generally did not cause these regimes to turn into vibrant democracies, and instead leads to the perpetuation of these regimes for decades to come. He discussed many examples of this from Libya to the rest of the Middle East, but perhaps most notably he discussed the 1994 North Korea (https://www.pbs.org/wgbh/pages/frontline/shows/kim/themes/lessons.html) deal as an example. That deal, commonly known as the Agreed Framework, is extremely similar to the current Iran Deal, in that it promised an end to sanctions on North Korea if they agreed to end their respective nuclear programs. However, that deal was not able to be renegotiated and fell through completely as a result. Rubin believed that at the time this deal seemed as though it was working, it later failed. In his eyes it allowed the North Korea government to live for years without any sanctions, and then by the time the deal fell through they were able to very easily acquire nuclear weapons. As a result, they now pose a very serious threat to the United States, and one that could have been avoided without negotiating in the first place.

Rubin further went on about the most recent protests, as well as  discuss the Islamic Revolutionary Guard Corps (https://www.theguardian.com/world/2017/oct/12/its-become-a-monster-is-irans-revolutionary-guard-a-terror-group) (IRCG) which he said controls an estimated 40% of the Iranian economy and has been likened to a terror group by many on the conservative right. This would eventually lead to President Trump imposing sanctions (https://www.vox.com/world/2017/10/13/16469226/iran-deal-islamic-revolutionary-guard-corps-sanctions) on the IRCG, cutting them out of the US financial system. He talked about IRCG's significance to the region as a whole, their loyalty to the government of Iran rather than their own people, and their willingness harm their own citizens.

"What we don't know is whether or not these guard members are serving in their own communities or are being forced to rotate."

After his talk, he opened the floor up for questions. University of Michigan Professor Victor Lieberman (https://lsa.umich.edu/history/people/faculty/eurasia.html), whom I have written about in a previous article (https://www.michiganreview.com/stop-silencing-us-chronicling-shameful-csg-vote/), asked Rubin if he believed that Iran would be able to obtain nuclear weapons after the JCPOA expired, and while he indicated his unease and suggested that it was hard to know but it was certainly likely. Rubin was also asked a question about Jerusalem and President Trump's decision to not only make Jerusalem Israel's capital but also move US Embassy (https://www.nytimes.com/2017/12/06/world/middleeast/trump-jerusalem-israel-capital.html) their as well West Jerusalem. He claimed it was "a big nothingburger" and that West Jerusalem was already controlled by Israel and these protests tended to die down after a few weeks.

While I disagreed with some of his points, I found the event to be illuminating, full of perspective and insight into a country and a region that will continue to be analyzed for generations to come. I thank the AEI executive council for inviting *The Michigan Review* and hope that more experts like Rubin will continue to be invited to our campus in the future.

(Visited 314 times, 1 visits today)

---



## About Noah Garfinkel

Noah is a freshman looking to study International Studies. He is from Southern California, and his main interests in writing are sports (particularly soccer) and politics. In his free time he likes to play basketball, listen to podcasts, run, and read. View all posts by Noah Garfinkel → (https://www.michiganreview.com/author/noahgarf/)



**0 Comments**    **Michigan Review**

🔴 **Login** ▾

♡ **Recommend**    ⬆ **Share**

Sort by Best ▾

Start the discussion…

LOG IN WITH     OR SIGN UP WITH DISQUS ⑦

Name

Be the first to comment.

---

**ALSO ON MICHIGAN REVIEW**

**U-M College Republicans Host Turning Point USA Founder Charlie Kirk**

3 comments • 4 months ago

Quest for Liberty — This boy dumb tho

**No More Sitting Ducks: An Argument for Concealed Carry at UM**

11 comments • 3 months ago

John F. Brennan — Rational argument based upon empirical facts, leading to a logical conclusion which could actually assist in

**Affirmative Action in College Admissions**

1 comment • a year ago

soctal — "A stigma is placed on black students at elite institutions because it is assumed their admission was based solely on affirmative

**What Does it Really Mean to be Pro-Life?**

1 comment • 6 months ago

David Wolf — I'm with you on most of these points. Currently I'm politically homeless, formerly Republican and now certainly open to

---

✉ Subscribe    Ⓓ Add Disqus to your siteAdd DisqusAdd    🔒 Disqus' Privacy PolicyPrivacy PolicyPrivacy

:)

# EXHIBIT 70

# U-M College Republicans Host Turning Point USA Founder Charlie Kirk

On Tuesday, the University of Michigan College Republicans hosted conservative political pundit Charlie Kirk for a speech in the Michigan League.  The talk centered around a discussion of ideological diversity and conservatism on college campuses, an especially salient issue as of late, following Central Student

Government's divestment debate (https://www.michiganreview.com/stop-silencing-us-chronicling-shameful-csg-vote/) last semester.

Charlie Kirk is the founder and CEO of Turning Point USA (https://www.tpusa.com/) — a conservative organization dedicated to educating college students about the values of limited government and free market economics. Alongside student charters at over 300 campuses nationwide, the organization operates its own mobile news service — Turning Points News — similar in structure to left-wing competitor NowThis (https://en.wikipedia.org/wiki/NowThis_News). They are arguably most famous for their "Professor Watchlist (http://www.professorwatchlist.org/)", which maintains a public listing of professors accused of discriminating against conservative students or opinions.

While student questions dominated most of the evening, Mr. Kirk began his speech by outlining the guiding principles of his organization. He argued that America is the greatest country in the world, the Constitution is the greatest political document ever written, and that free market capitalism is the best economic system for lifting people out of poverty. These central tenets, he stated, not only guide his work with Turning Point, but inform his entire political philosophy.

From here, Mr. Kirk explained "Conservatarianism", his personal philosophy which advocates for liberty of action so long as no harm is done to others. This rather Millian (https://en.wikipedia.org/wiki/Harm_principle) conception of liberty hinges on a critical assumption that people are inherently bad and imperfectible. As a result, while we can use institutions to better society, these actions are better conducted by private groups like churches or the family, rather than the government.

 Comments ranged from attacks of the BDS movement as one deserving of being "blocked (...) at every single turn", to lengthy conversations on how best to address perceived liberal bias on campus.

I had the opportunity to ask Mr. Kirk more about this aspect of his philosophy, especially considering the many failures and scandals plaguing such institutions over the years. He responded by noting that while we as a people can never be perfect, free market ethics help spawn new organizations out of corrupt ones — new churches out of old ones — that help improve private citizens' actions better than government intervention ever could.

To conclude the evening, Mr. Kirk passionately condemned socialism and recent upticks in "fake news". He argued that socialism is "the greatest killer of this century", and that young Democrats voting for socialist politicians are akin to "chickens voting for Colonel Sanders". He was especially critical of coverage insinuating any negative opinions toward America or its role in the world, even claiming that without American intervention, South Korea would be unable to host this year's Olympic games. Moreover, Mr. Kirk responded to recent reports comparing North Korean diplomat Kim Yo-jong favorably to Mike Pence (https://www.nytimes.com/2018/02/11/world/asia/kim-yo-jong-mike-pence-olympics.html): "The media hates Trump so much, they found a way to compliment North Korea".

Both Mr. Kirk and the audience seemed to enjoy the question-heavy latter portion of the evening. Comments ranged from attacks of the BDS movement as one deserving of being "blocked (…) at every single turn", to lengthy conversations on how best to address perceived liberal bias on campus. One student in particular, a self

Case 4:18-cv-11451-LVP-EAS ECF No. 18-7 filed 06/15/18 PageID.844 Page 89 of 162

proclaimed "neoliberal", drew the ire of the crowd as he questioned the effectiveness of borders in preserving the free market.  Mr. Kirk responded by defining "sovereignty", as well as insinuating that an open-border policy is nothing more than a thinly-veiled no-border policy.

At only 23 years old, Mr. Kirk has spoken to thousands of students across the country.  His work has lead him to over 200 public appearances on Fox News and CNBC, becoming a prominent figure in advocating for limited government.

(Visited 1,407 times, 1 visits today)



### About Jake Thorne

Jake Thorne is Editor-in-Chief of the Review, studying Honors Political Science and Economics at the University of Michigan. He has been an active contributor to the Review since 2014. He can be reached at jnthorne@umich.edu View all posts by Jake Thorne → (https://www.michiganreview.com/author/jake-thorne/)

---

**3 Comments**      **Michigan Review**                                    🔴 Login  ⌄

♡ **Recommend**        ⬆ **Share**                                        Sort by Best ⌄

 │ Join the discussion…

LOG IN WITH                OR SIGN UP WITH DISQUS ⑦

                          Name

 **Quest for Liberty** • 4 months ago
This boy dumb tho
1 ⌃ │ ⌄ • Reply • Share ›

 **College Meltdown** • 4 months ago
Here's the truth about Charlie Kirk and TPUSA. They are a pro-Trump racist, anti-feminist, anti-intellectual youth group backed by billionaires including Foster Friess and Bruce Rauner. And they use a variety of dirty tricks to incite others. My latest report is here:
https://www.linkedin.com/pu...
1 ⌃ │ ⌄ • Reply • Share ›

    **Hans Solo** ➜ College Meltdown • 3 months ago
    You seem to be a smear type bigot. You hear nothing that has not been programmed into you by your handlers. Socialism was the venue of the Nation Socialist Workers Party aka Nazis. When Louis Farrakan came to speak at Detroit Comerica Park, the socialist governor, Granholm said nothing and endorsed the event.
    "We are socialists, we are enemies of today's capitalistic

# EXHIBIT 71

Email or Phone | Password | Log In

Forgot account?



The Federalist Society at the University of Michigan Law School

@fedsocumich

**Home**

About

Photos

Reviews

Events

Posts

Community

Create a Page

Like | Share | Send Message

Send Message

**Photos**



See All

**Reviews**

The Federalist Society at the University of Michigan Law School has no reviews yet.

Tell people what you think

Search for posts on this Page

The Federalist Society at the University of Michigan Law School
School in Ann Arbor, Michigan

**Community**                                    See All

👍 160 people like this

🔊 170 people follow this

**About**                                         See All

625 S State St (422.42 mi)
Ann Arbor, Michigan 48109
Get Directions

School · Organization

**People**

160 likes
1 visit

**Related Pages**

MLaw Pro Bono Program
Organization

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

Log In | or | Create New Account

https://www.change.org/petitions/governor-of-michigan-rick-snyder-free-melissa-swiney

See All

## Posts

**The Federalist Society at the University of Michigan Law School**
March 23 ·

Please join the Federalist Society and Food Law & Policy (FLAP) for "Biting the Hands that Feed Us" next Wednesday, March 28th.



Like       Comment

**The Federalist Society at the University of Michigan Law School**
March 15 ·

Please join the Federalist Society and The American Constitution Society at the University of Michigan for "Discussing Net Neutrality" on Tuesday, March 20.

Guest Speaker Professor Daniel Lyons from Boston College Law School

University of Michigan Law School

The Federalist Society - Criminal...

The Federalist Society

Places    Ann Arbor, Michigan    Organization
The Federalist Society at the University of Michigan Law School

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More
Facebook © 2018

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or

Posts

 **The Federalist Society at the University of Michigan Law School**
March 8 ·

Please join us for an Article I powers talk next Tuesday, March 13th!



| Like | Comment |

 **The Federalist Society at the University of Michigan Law School**
March 4 ·

Please Join the Federalist Society for "Enemies Among Us: Fighting Domestic Terrorism Without Losing Freedom."

Where: 250 Hutchins
When: March 6th, 11:50 AM
Who: Ken Klukowski, General Counsel for the American Civil Rights Union; Professor Schlanger will provide commentary.... See More

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



SPEAKER: KEN KLUKOWSKI, GENERAL COUNSEL FOR THE
AMERICAN CIVIL RIGHTS UNION.

COMMENTARY: PROFESSOR SCHLANGER

TUESDAY, MARCH 6TH AT 11:50 AM IN HUTCHINS 250.

A NON-PIZZA LUNCH WILL BE SERVED.

PRESENTED BY THE FEDERALIST SOCIETY.

Like             Comment

Austin Lipari, Kamron Kompani and 2 others like this.

---

 **The Federalist Society at the University of Michigan Law School**

February 13 · Ann Arbor, MI ·

Please join us for "The Expansive Welfare State: Financial and Social Collapse" on Monday, February 19th.

Speaker: Doug Bandow, Senior Fellow at the Cato Institute
Commentary: Professor Gray, Unemployment Insurance Clinic
Time/Place: Noon, HH 250... See More

---

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



|  | Like | Comment |
|--|------|---------|

Austin Lipari likes this.

 **The Federalist Society at the University of Michigan Law School**
February 11 ·

Please join the Federalist Society on February 15th for a talk on The War Powers Resolution--presented by our special guest, Professor Robert Turner.

Where: 0225 South Hall
When: Feb. 15, 11:50 am
Who: UVA Law Professor Robert Turner. Professor Mortenson will be on hand to provide commentary.... See More

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



THE WAR POWERS RESOLUTION

featuring Professor Robert Turner
with commentary by Professor Mortenson

Thursday, February 15th at 12:00 pm
South Hall 0225
Curry On will be served!



| | Like | | Comment |
|---|---|---|---|

Alex Belica likes this.

 **The Federalist Society at the University of Michigan Law School**
February 5 ·

Come hear about the merits of originalism with Professor Richard Primus and Professor Lee Strang!

The event will be Thursday, February 8th at noon in South Hall 1225. Olga's Kitchen Catering will be served.

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



**Originalism's Merits**

featuring Professor Lee Strang
with commentary by Professor Richard Primus

Thursday, February 8th
South Hall 1225
Olga's will be served!

Like                Comment

Austin Lipari, Lee Strang and Alex Belica like this.

**The Federalist Society at the University of Michigan Law School**

November 6, 2017 ·

Check out our event tomorrow (November 7th), co-sponsored by MLaw ACLU!

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



Like          Comment

 **The Federalist Society at the University of Michigan Law School**

October 19, 2017 ·

Interested in the constitutionality of the travel ban? Check out our event on Monday, October 23rd.

Speakers: Professor Josh Blackman, Professor Richard Primus
Location: South Hall 1225
Time: 12-1... See More

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



| Like | | Comment |

Nathan Montgomery, Greg in den Berken and Mark Blanton like this.

1 Share

**The Federalist Society at the University of Michigan Law School**
October 16, 2017 ·

Right on Crime:

Is criminal justice reform an area where liberals, conservatives, and libertarians can find compromise? Find out this Wednesday with Michigan Law's Federalist Society and ACLU chapter!

Where: South Hall 1225... See More

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or

Case 4:18-cv-11451-LVP-EAS   ECF No. 18   filed 06/15/18   PageID.855   Page 100 of 162



Nathan Montgomery likes this.

**The Federalist Society at the University of Michigan Law School** added an event.

October 3, 2017 ·

Who: Wen Fa of the Pacific Legal Foundation, Professor Bagenstos

What: Can states ban political apparel at polling stations?

Where: Hutchins Hall 220... See More

OCT

5    **Panic! at the Poll Booth**

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or

Please join the Federalist Society on Tuesday, September 26th at 11:50 AM for Civil Asset Forfeiture: Law Enforcement Tool or Policing for Profit?

Clark Neily of the CATO Institute and Julie Beck, the Civil Division Chief at the United States Attorney's Office for the Eastern District of Michigan, will be discussing the merits and dangers of civil asset forfeiture.

The event is in 1225 South Hall and a non-pizza lunch will be served....

See More



| Like | Comment |

Nathan Montgomery, Sam Parks and Greg in den Berken like this.

 **The Federalist Society at the University of Michigan Law School**
April 10, 2017 ·

Wednesday @ 11:50 AM in SH 1225
Professor Hirshon's Tips for Law Firm Success.
Unable to enroll in Prof. Hirshon's wildly popular class, Law Firm Careers in an Evolving Profession? Professor Hirshon, a two-time managing partner and former president of the American Bar Association, will give some of the same tips he discusses in his seminar. His discussion will be aimed at the graduating 3L class as well as students getting ready to start their 1L or 2L summer firm internship.
Co-hosted by the JRCLS, the Outlaws, and the Federalist Society.
Jerusalem Gardens will be served!

| Like | Comment |

**See more of The Federalist Society at the University of Michigan Law School on Facebook**

or



### A GOP Regulatory Game Changer
Kimberley A. Strassel writes that legal experts say that Congress can overrule regulations from Obama going back to 2009.
WSJ.COM

Like                     Comment                     Share

**The Federalist Society at the University of Michigan Law School**
March 31, 2017 ·

## Mezes and immigration policy, now in HH 250

Like                                    Comment

**The Federalist Society at the University of Michigan Law School**
March 26, 2017 ·

Tomorrow @ 11:50 in HH 250
Judicial Engagement: The Libertarian Playbook for fighting Legislative (and Executive) Overreach + Lunch from Suvai Palace
Join the Federalist Society for a presentation by Clark Neily, of the Institute for Justice, to hear about the work IJ does fighting for individual rights, and the role judicial engagement plays within a libertarian ideological framework. Commentary provided by Prof. Caminker.

Like                                    Comment

See More

See more of The Federalist Society at the University of Michigan Law School on Facebook

or

# EXHIBIT 72

6/14/2018     Ana Navarro, GOP Strategist and Political Contributor to CNN, ABC News, and Telemundo | Gerald R. Ford School of Public Policy …

Case 4:18-cv-11451-LVP-EAS ECF No. 18-8 filed 06/15/18 PageID.859 Page 104 of 162



HOME (/)  ›  EVENTS (/EVENTS)  ›  ANA NAVARRO, GOP STRATEGIST AND POLITICAL CONTRIBUTOR TO CNN, ABC NEWS, AND TELEMUNDO

# Events

CITI FOUNDATION LECTURE

## Ana Navarro, GOP Strategist and Political Contributor to CNN, ABC News, and Telemundo

**WHEN:** Monday, February 19, 2018 4:00 pm to 5:30 pm

**LOCATION:** Lydia Mendelssohn Theatre
911 N University Ave.

Ann Arbor, MI 48104

ADD TO CALENDAR »

SHARE THIS



*Free and open to the public.*

**From the speaker's bio:**

**Ana Navarro** is a well-known Republican strategist and a political analyst for CNN and CNN en Español. She is also a political contributor on ABC's *The View*. *The Miami New Times* named her a "Republican power-consultant," and the *Tampa Bay Times* called her "a sought-after voice in Republican politics and an advisor for any presidential hopeful," saying, "with confidants Jeb Bush and Marco Rubio she is poised to play a big role in the GOP response to immigration reform and Hispanic outreach." Respected on both sides of the aisle for her straight shooting and candor, Navarro frequently appears in the media, sought after by *Meet the Press*, *Bill Maher's Real Time*, *Anderson Cooper 360*, and *The View*, to name a few. "Ana speaks the truth, and she is willing to speak the truth to power without reservation…She has the ear of lots of elected officials," said Republican consultant Brett O'Donnell. She is in touch with the political issues people are talking about, and in presentations, she discusses the latest hot button issues in politics, giving audiences an insider's view of the upcoming elections and a roadmap for where the country is headed.

**Political Expertise.** Navarro most recently served as the national Hispanic co-chair for Governor Jon Huntsman's 2012 campaign and the national co-chair of John McCain's Hispanic Advisory Council in 2008, where she was also the national surrogate for the McCain 2008 campaign. She has played a role in several federal and state races in Florida. She served on Governor Jeb Bush's transition team in 1998 and was his first director of immigration policy in the Executive Office of the Governor.

In 2001, she served as ambassador to the United Nation's Human Rights Commission, devoting much of her energy to condemning human rights abuses in Cuba. In 1999, she worked in the private sector, representing private and public clients on federal issues, particularly related to immigration, trade, and policy affecting Central America. In 1997, she was a special advisor to the government of Nicaragua and was one of the primary advocates for NACARA (Nicaraguan Adjustment and Central American Relief Act).

**Education and Immigration.** Navarro is a graduate of the University of Miami. In 1993, she obtained her BA in Latin American studies and political science. She obtained a Juris Doctorate in 1997. She was born in Nicaragua, and in 1980, as a result of the Sandinista revolution, she and her family immigrated to the United States.

*This event is hosted by the Gerald R. Ford School of Public Policy and is co-sponsored by the Center for the Education of Women, Wallace House, the Institute for Research on Women and Gender, Law School, Department of Political Science, and the Office of the Provost.*

**TAGS:** Domestic policy, Gender race and ethnicity, Human rights, Politics, Ana Navarro, diversity, Ana Navarro

6/14/2018                Ana Navarro, GOP Strategist and Political Contributor, CNN, ABC News, and Telemundo | The Gerald R. Ford School of Public Policy …

Case 4:18-cv-11451-LVP-EAS   ECF No. 18   filed 06/15/18   PageID.860   Page 105 of 162

HOSTED BY

Ford School

More from this event host

# EXHIBIT 73

## The New York Times

# Free Speech and the Necessity of Discomfort

 **By Bret Stephens**

Feb. 22, 2018

*This is the text of a lecture delivered at the University of Michigan on Tuesday. The speech was sponsored by Wallace House.*

I'd like to express my appreciation for Lynette Clemetson and her team at Knight-Wallace for hosting me in Ann Arbor today. It's a great honor. I think of Knight-Wallace as a citadel of American journalism. And, Lord knows, we need a few citadels, because journalism today is a profession under several sieges.

To name a few:

There is the economic siege, particularly the collapse of traditional revenue streams, which has undermined the ability of scores of news organizations to remain financially healthy and invest in the kind of in-depth investigative, enterprise, local and foreign reporting this country so desperately needs.

There is a cultural siege, as exemplified by the fact that a growing number of Americans seem to think that if something is reported in the so-called mainstream media, it is *ipso facto* untrue.

There's a technological siege, which not only has changed the way we work, and distribute our work, but has also created a new ecosystem in which it is increasingly difficult to distinguish fact from opinion, clickbait from substance, and real news from fake.

Then — need I even mention it? — there is the president of the United States. We are all familiar with the ways in which Donald Trump's demagogic assault on the press has already normalized presidential mendacity, mainstreamed "alternative facts," and desensitized millions of Americans to both. I'll get to him in a moment.

---

**You have 4 free articles remaining.**
**Subscribe to The Times**

---

But there is also a fifth siege, and this is the one I want to focus on today: This is the siege of the perpetually enraged part of our audience.

This is no small thing when it comes to the health, reputation and future prospects of our profession. Journalism, by its nature, must necessarily be responsive to its audience, attuned to its interests, sensible to its tastes, alert to its evolution. Fail to do this, and you might not survive as a news organization, never mind as an editor, reporter or columnist.

At the same time, journalism can only be *as good* as its audience. Intelligent coverage requires intelligent readers, viewers and listeners.

We cannot invest in long-form, in-depth journalism for readers interested only in headlines, first paragraphs, or list-icles. We cannot purchase the services of talented wordsmiths and expert editors if people are indifferent to the quality of prose. We cannot maintain expensive foreign bureaus if audiences are uninterested in the world beyond our shores. We cannot expect columnists to be provocative if readers cancel their subscriptions the moment they feel "triggered" by an opinion they dislike.

In sum, we cannot be the keepers of what you might call liberal civilization — I'm using the word liberal in its broad, philosophical sense, not the narrowly American ideological one — if our readers have illiberal instincts, incurious minds, short attention spans and even shorter fuses.

* * * * * *

An example: Last November, The New York Times published a profile of a 29-year-old Ohio man named Tony Hovater. Mr. Hovater is a welder from a suburb of Dayton. He's happily married, middle class, polite, plays drums, cooks pasta *aglio e olio*, and loves "Seinfeld."

He is also a proud and avowed Nazi sympathizer. He started out on the political left, moved over to the Ron Paul right, and ended up marching with the anti-Semitic white nationalists at Charlottesville. He doesn't believe six million Jews died in the Holocaust, and thinks Hitler was "kind of chill."

The profile, by Times reporter Richard Fausset, was a brilliant case study in Hannah Arendt's "banality of evil." Hovater is not a thug, even if his ideas are thuggish; not a monster, even if he takes inspiration from one; not insane, even if his ideas are crazy. He reminds us that a diabolical ideology gains strength not because devils propagate it, but because ordinary men embrace it. And he warns us, as Bertolt Brecht put it after the war, "The womb is fertile still, from which that crawled."

Lest anyone doubt what Fausset and his editors at the Times think of Hovater and his ideas, the article was titled "A Voice of Hate in America's Heartland." This is not, to say the least, a neutral way of introducing the subject.

Yet that did not seem enough for some Times readers, who erupted with fury at the publication of the article. Nate Silver, the Times's former polling guru, said the article did "more to normalize neo-Nazism than anything I've read in long time." An editor at The Washington Post accused us of producing "long, glowing profiles of Nazis" when we should have focused on the "victims of their ideologies." The Times followed up with an explanatory, and somewhat apologetic, note from the national editor.

No doubt, there may have been ways to improve the profile. There always are. But there was something disproportionate, not to say dismaying, about the way that so many readers rained scorn on The Times's good-faith effort to better understand just what it is that makes someone like Hovater tick.

Just what do these readers think a newspaper is supposed to do?

* * * * * *

A newspaper, after all, isn't supposed to be a form of mental comfort food. We are not an advocacy group, a support network, a cheering section, or a church affirming a particular faith — except, that is, a faith in hard and relentless questioning. Our authority derives from our willingness to *challenge* authority, not only the authority of those in power, but also that of commonplace assumptions and conventional wisdom.

In other words, if we aren't making our readers uncomfortable every day, we aren't doing our job. There's an old saying that the role of the journalist is to afflict the comfortable and comfort the afflicted, but the saying is wrong. The role of the journalist is to afflict, period. News is *new* — new information, new challenges, new ideas — and it is meant to unsettle us.

That's a good thing. To be unsettled and discomforted is the world's great motivator. It is a prick to conscience, a prod to thinking, a rebuke to complacency and a spur to action.

Now, when I say we need to be making our readers uncomfortable, I don't mean we should gratuitously insult them if we can avoid it. But neither should we make an effort to play to their biases, or feed this or that political narrative, or dish the dirt solely on the people we love to hate, or avoid certain topics for fear of stirring readers' anger, even if it means a few canceled subscriptions. Especially in an age in which subscribers account for an ever-greater share of our revenue, publishers will have to be as bold in standing up to occasional, if usually empty, threats of mass cancellations for this or that article as they were in standing up to the demands of advertisers in a previous era.

What I mean by making readers uncomfortable is to offer the kind of news that takes aim at your own deeply held convictions and shibboleths. There are people on the political right who don't like hearing that the correlation between firearms and homicides is positive, not inverse — but a

positive correlation is what the data show. Some environmentalists may believe that genetically modified "Frankenfoods" are bad for your health, but the overwhelming weight of scientific evidence tells us they are fine to eat.

The truth may set you free, but first it is going to tick you (or at least a lot of other people) off. This is why free speech requires constitutional protection, especially in a democratic society. Free speech may be the most essential vehicle for getting the truth out. But the truth, as anyone minimally versed in history knows, is rarely popular at first.

Barely 50 years ago, it was an unpopular truth that there was absolutely nothing unnatural about the love that went by the horrible name of "miscegenation." Other unpopular truths one could mention include gay rights, women's suffrage, and evolution. These truths could only have made their debut in the public square, and eventually gained broad acceptance, under the armed guard, so to speak, of the First Amendment.

But not just the First Amendment. In addition to a legal sanction, free speech has flourished in the United States because we have had a longstanding cultural bias in favor of the gadfly, the muckraker, the contrarian, the social nuisance. For over a century, editors and publishers and producers — at least the more enlightened ones — have gone out of their way to make allowances for opposing points of view.

They do so not because they have no strong convictions of their own, but rather out of a profound understanding that the astute presentation of divergent views makes us more thoughtful, not less; and that we cannot disagree intelligently unless we first understand profoundly. They do so because they believe that social progress depends on occasionally airing outrageous ideas that, on close reflection, aren't outrageous at all. They hold firm to the conviction that moving readers out of their political or moral comfort zones, even at the risk of causing upset, is good for mind and soul. Ultimately, they do so because we will not be able to preserve the culture and institutions of a liberal republic unless we are prepared to accept, as Judge Learned Hand put it in 1944, that the "spirit of liberty is the spirit which is not too sure that it is right" — and must therefore have the willingness to listen to the other side.

This was what Adolph Ochs knew in 1896, when he promised that under his stewardship The New York Times would "invite intelligent discussion from all shades of opinion." The Times, like other papers, may not have always lived up to that promise as well as it might have done. But as some of you may have noticed, it most emphatically is now, to the loud consternation of many of our readers.

* * * * * *

I do my best to appreciate the concerns of these readers. I understand that many of them — many of *us* — believe the 2016 election marked a political watershed in which liberties we have long taken for granted are being attacked and possibly jeopardized by a president whose open contempt for a free press has few precedents in American history. I understand the justifiable fear these readers have for a White House in which the truth is merely optional, and in which normal standards of courtesy or decency have lost the purchase they previously had under Democratic and Republican administrations alike.

I also understand that these readers see The New York Times as a citadel, if not *the* citadel, in standing up to this relentless assault by the president and his minions. I think they are right. The country needs at least one great news organization that understands that the truth is neither relative nor illusory nor a function of the prevailing structure of power — but also that the truth is many-sided; that none of us has a lock on it; and that we can best approach it through the patient accumulation of facts and a vigorous and fair contest of ideas.

That, at any rate, is what I think we are trying to do at The Times, and I can only hope that more people will see its virtue as time goes by. That obviously demands good and consistent communication on our part. But, to return to my theme today, it also requires intelligence on the part of our readers.

How can we get our readers to understand that the purpose of The Times is not to be a tacit partner in the so-called Resistance, which would only validate the administration's charge that the paper is engaged in veiled partisanship rather than straight-up fact-finding and truth telling?

Some readers, for example, still resent The Times for some of the unflattering coverage of Hillary Clinton throughout the campaign, as if the paper's patriotic duty was to write fluff pieces about her in order to smooth her way to high office. Again, do these readers comprehend that we are in the business of news, not public relations? And does it not also occur to them that perhaps the real problem was coverage that was not aggressive *enough*, allowing Mrs. Clinton to dominate the Democratic field in 2016 despite her serious, and only belatedly apparent, shortcomings as a candidate?

As it is, it is not as if there is a great surfeit of pro-Trump news and opinion in the pages of The Times. I think that's a shortcoming of ours. We are a country in which about 40 percent of voters seem to be solidly behind the president, and it behooves us to understand and even empathize with them, rather than indulge in caricatures. Donald Trump became president because millions of Americans who voted for Barack Obama in 2012 voted Republican four years later. Those who claim this presidency is purely a product of racism need some better explanation to account for that remarkable switch.

* * * * * *

The deeper point, however, is that if one really wants to "resist" Trump, especially those of us in the news media, we might start by trying not to imitate him or behave the way he does.

The president is hostile to the First Amendment. Let's be consistent and expansive champions of the First Amendment. The president belittles and humiliates his political rivals. Let's listen to and respect our detractors. The president loves to feel insulted and indignant, because his skin is thin and it thrills his base. Let's hold off on the hair-trigger instinct to take offense. The president accuses first, gathers evidence later. Let's do the opposite. The president embraces ugly forms of white-identity politics. Let's eschew identity politics in general in favor of old-fashioned concepts of citizenship and universalism.

I could go on, but you get the point. The answer to a politics of right-wing illiberalism is not a politics of left-wing illiberalism. It is a politics of liberalism, period.

This is politics that believes in the virtues of openness, reason, toleration, dissent, second-guessing, respectful but robust debate, individual conscience and dignity, a sense of decency and also a sense of humor. In a word, Enlightenment. It's a capacious politics, with plenty of room for the editorials of, say, The New York Times and those of The Wall Street Journal. And it is an uncomfortable politics, because it requires that each side recognize the rights and legitimacy, and perhaps even the value, of the other.

* * * * * *

The nomination and election of Trump was, for me, the plainest evidence of the extent to which the liberal spirit has withered on the political right. I've written and spoken about this phenomenon many times before, so I won't get into it here. What worries me is the extent to which it is equally prevalent on the political left.

Case in point: Last month, I wrote a column under the title, "A Modest Immigration Proposal: Ban Jews."

The word "modest" might have been a tip-off to modestly educated readers that I was not, in fact, proposing to ban Jews at all. My point was to note that Jewish immigrants of a century ago, including my own ancestors, faced the same prejudices that modern-day immigrants from "S-hole" countries face today, and yet went on to great success. In other words, it was a pro-immigration piece, in line with the many other pro-immigration pieces I've written for the Times.

Social media went berserk. I was called a "literal Nazi," guilty of "garden variety bigotry." Others accused me of giving aid and comfort to neo-Nazis, even if I wasn't quite a neo-Nazi myself. A great deal of the reaction was abusive and obscene.

By now I'm sufficiently immunized to the way social media works that none of this hurts me personally, at least not too much. And, at its best, platforms such as Twitter are useful for injecting more speech, from a vastly wider and more diverse variety of voices than we ever heard from before, into our national conversation.

What bothers me is that too many people, including those who are supposed to be the gatekeepers of liberal culture, are using these platforms to try to shut down the speech of others, ruin their reputations, and publicly humiliate them.

How many people bother to read before they condemn? Are people genuinely offended, or are they looking for a pretext to be offended — because taking offense is now the shortest route to political empowerment? Am I, as a columnist, no longer allowed to use irony as a rhetorical device because there's always a risk that bigots and dimwits might take it the wrong way? Can I rely on context to make my point clear, or must I write in fear that any sentence can be ripped out of context and pasted on Twitter to be used against me? Is a plodding, Pravda-like earnestness of tone and substance the only safe way going forward?

Perhaps the most worrisome question is: To what extent are people censoring themselves for fear of arousing the social media frenzies? There's a reason why Katie Roiphe is writing about the "whisper networks" of women who aren't 100 percent in line with the #MeToo movement. It should profoundly alarm anyone who cares for #MeToo that such a piece should have needed to be written, in the reliably liberal pages of Harper's Magazine, no less. The job of #MeToo is to put a firm and hopefully final stop to every form of sexual predation, not to enforce speech codes.

This move toward left-wing illiberalism is not new, and the list of thinkers who have waged war against that illiberalism, from Arthur Schlesinger Jr. in the 1940s to Christopher Hitchens in the 2000s, amounts to a roll call of liberal honor. I think we are awaiting our new Hitchens today, in case any of you want to apply for the job. All you need is a first-class brain and a cast-iron stomach.

* * * * * *

So where does this leave us?

I gave this talk the title: "Free Speech and the Necessity of Discomfort." Yesterday morning, when I retweeted Knight-Wallace's tweet advertising this speech, someone wrote, "Man, I hope he gets shouted down at some point." Maybe he was being ironic. At any rate, I'm happy to note that none of you has shouted me down — so far!

I trust that's because all of you recognize that, even if I may have said some things that made you uncomfortable and with which you profoundly disagree, there is a vast difference between intellectual challenge and verbal thuggishness, between a robust and productive exchange of ideas and mere bombast, between light and heat.

Case 4:18-cv-11451-LVP-EAS   ECF No. 18-7 filed 06/15/18   PageID.869   Page 114 of 162

It's fair to say that Americans of different ideological stripes feel that many things have gone profoundly amiss in our social and political life in recent years. We all have our diagnoses as to what those things are. But one of them, surely, is that we are rapidly losing the ability to talk to one another.

The president has led the way in modeling this uncivil style of discourse. But he has plenty of imitators on the progressive left, who are equally eager to bully or shame their opponents into shutting up because they deem their ideas morally backward or insufficiently "woke." As each side gathers round in their respective echo chambers and social media silos, the purpose of free speech has become increasingly more obscure.

Its purpose isn't, or isn't merely, to allow us to hear our own voices, or the voices of those with whom we already agree. It is also to hear what other people, with other views, often anathema to ours, have to say.

To hear such speech may make us uncomfortable. As well it should. Discomfort is not injury. An intellectual provocation is not a physical assault. It's a stimulus. Over time, it can improve our own arguments, and sometimes even change our minds.

In either case, it's hard to see how we can't benefit from it, if we choose to do so. Make that choice. Democracy is enriched if you do. So are you.

*I invite you to follow me on Facebook.*

*Follow The New York Times Opinion section on Facebook and Twitter (@NYTopinion), and sign up for the Opinion Today newsletter.*

# EXHIBIT 74

Sign Up

Join or Log Into Facebook

## Events

Events

Calendar

Birthdays

Discover

Past

Where Leftist Feminism Went Wrong, with Christina Hoff Sommers

Create Event



English (US) · Español · Português (Brasil) ·
Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices
Cookies · More
Facebook © 2018

**APR**
**11**

### Where Leftist Feminism Went Wrong, with Christina Hoff Sommers

Public · Hosted by Young Americans for Freedom at the University of Michigan

Interested

Wednesday, April 11 at 7:00 PM - 9:00 PM EDT
about 2 months ago

Michigan League (Hussey Room)

| About | Discussion |
| --- | --- |

**31 Went · 46 Interested**
Share this event with your friends

### Details

Where Leftist Feminism Went Wrong: The Case for Conservative Feminism

Come hear AEI Scholar Christina Hoff Sommers discuss how the once noble cause of feminism lost its way and why it may take conservative women to put it back on track!

Date: April 11th
Location: Hussey Room of the Michigan League
Time: 7pm (Doors open at 6:40)
Cost: FREE (Seating is on a first-come, first-serve basis until room is full)

### About Young Americans for Freedom at the University of Michigan

**Young Americans for Freedom at the University of Michigan**

Nonprofit Organization · Ann Arbor, Michigan

YAF is a non-profit, educational organization dedicated to promoting the ideas of free enterprise, limited government, and a strong national defense.

6/14/2018 Case 4:18-cv-11451-LVP-EAS Where Catish Coming From 7 Verified Wednesday Matt 5/18 Sina Bull Sentinel 872 Page 117 of 162

ECF No. 18

# EXHIBIT 75



| HOME | EVENTS | **ORGANIZATIONS** | NEWS |



# Michigan Political Union

✉ CONTACT

The Michigan Political Union provides a non-partisan parliamentary forum to facilitate discussion and debate on contemporary political issues. The organization prides itself on its openness to provide a place for those throughout the political spectrum to communicate and its willingness to tackle tough and at times controversial issues.

VIEW ALL PHOTOS

## Contact Information

Ann Arbor, MI 48104
USA
**E:** mpu.executive.board@umich.edu



# Additional Information

**Please provide an email in which people can contact the organization:**
mpu.executive.board@umich.edu

**The Center for Campus Involvement has identified this organization as a**
Voluntary Student Organization

# Events

VIEW ALL EVENTS

There are currently no upcoming events. View past events.

# Officers

VIEW FULL ROSTER

This organization has no officers.

# Documents

 Constitution of the Michigan Political Union.docx

---

Privacy    Support                                      © Campus Labs 2018

EXHIBIT 76



SIGN IN

HOME    EVENTS    ORGANIZATIONS    NEWS

# Debate


**Date and Time**
Tuesday, January 19 2016 at
7:00 PM EST to
Tuesday, January 19 2016 at
8:30 PM EST

Add To Google Calendar |
iCal/Outlook


**Location**
Michigan Union
Wolverine Room
View Map

## Description

Resolved: The United States of America should suspend the admittance of Syrian refugees into the country.

## Host Organization


Michigan Political Union

[Privacy](Privacy)   [Support](Support)                                          © Campus Labs 2018

# EXHIBIT 77



SIGN IN

HOME    EVENTS    ORGANIZATIONS    NEWS

# MPU Takes on the Supreme Court

 **Date and Time**
Tuesday, March 8 2016 at 7:00 PM EST to
Tuesday, March 8 2016 at 8:30 PM EST

Add To Google Calendar | iCal/Outlook

 **Location**
Michigan Union
Pond Room
View Map

## Description

*(1.) Resolved: Contrary to the majority decision in* **Citizens United v. FEC***, the First Amendment does not protect financial contributions to political campaigns.*

*~*

*(2.) Resolved: In* **Obergefell v. Hodges***, the Supreme Court exceeded its judicial authority in declaring marriage as a fundamental human right.*

*~*

*(3.) Resolved: The upcoming decision of* **Fisher v. University of Texas at Austin** *should uphold the right of universities to use race in the admissions process to ensure diversity of the student*

*body.*

*~*

*(4.) Resolved: The 2016 presidential election should be a referendum on the Supreme Court, allowing the next president to nominate Justice Scalia's successor.*

---

## Host Organization

 Michigan Political Union

---

# EXHIBIT 78



SIGN IN

HOME　　EVENTS　　ORGANIZATIONS　　NEWS

# MPU
# Debates BLM



**Date and Time**

Tuesday, September 27 2016 at 7:00 PM EDT to

Tuesday, September 27 2016 at 8:30 PM EDT

Add To Google Calendar | iCal/Outlook



**Location**

Vandenberg Room (Michigan League)

911N. University Avenue

View Map

## Description

Join the Michigan Political Union as we debate the merits of the Black Lives Matter movement.

Resolution: Black Lives Matter is harmful to racial relations in the United States.

**The MPU is a NON-PARTISAN organization, and due to the controversial and sensitive nature of this topic, the Executive Board would like to remind everyone that the MPU prides itself in treating all presenters and viewpoints with dignity and respect. As members of the Leaders and Best, let's show the world how to properly discuss complex issues.

## Host Organization

 Michigan Political Union

# EXHIBIT 79



**MAIZE PAGES**
UNIVERSITY OF MICHIGAN

SIGN IN

HOME          EVENTS          ORGANIZATIONS          NEWS

# MPU Scrutinizes the Candidates

 **Date and Time**
Tuesday, October 18 2016 at 7:00 PM EDT to
Tuesday, October 18 2016 at 8:30 PM EDT

Add To Google Calendar | iCal/Outlook

 **Location**
Kuenzel Room, Michigan Union

---

## Description

Join the MPU as it debates the following resolutions:

1. *Resolved: Due to her negligence while handling classified information, American voters should not trust Secretary Clinton to be the military's next commander-in-chief.*
2. *Resolved: As a result of Russia's aggressive behavior in Eastern Europe and the Middle East, Mr. Trump's friendly attitude towards Russian President Vladimir Putin would endanger American interests if Mr. Trump is elected.*

---

## Host Organization



## Michigan Political Union

Privacy    Support                                                    © Campus Labs 2018

# EXHIBIT 80



SIGN IN

HOME     **EVENTS**     ORGANIZATIONS     NEWS

# Debate

 **Date and Time**

Tuesday, October 25 2016 at 7:00 PM EDT to

Tuesday, October 25 2016 at 8:30 PM EDT

Add To Google Calendar | iCal/Outlook

 **Location**

Parker Room

## Description

Tonight we will be debating the following resolutions at 7pm in the Parker room:
1) The United States should place a temporary moratorium on all immigration as it readjusts its priorities for admission.
2) The United States should expand Social Security.
3) The United States should close its detention facility at Guantanamo Bay.
4) The United States should implement a tax on carbon emissions.

## Host Organization

     Michigan Political Union

# EXHIBIT 81



SIGN IN

HOME    **EVENTS**    ORGANIZATIONS    NEWS

# Debate

 **Date and Time**

Thursday, January 12 2017 at 8:00 PM EST to
Thursday, January 12 2017 at 9:30 PM EST

Add To Google Calendar | iCal/Outlook

 **Location**

Benzinger Library
East Quad
View Map

## Description

Resolution: To ensure a dignified standard of living for all Americans, the United States should follow Finland's lead and adopt a universal basic income.

## Host Organization

 Michigan Political Union

Privacy    Support                                    © Campus Labs 2018

# EXHIBIT 82

 **MAIZE PAGES**
UNIVERSITY OF MICHIGAN

SIGN IN

HOME    EVENTS    ORGANIZATIONS    NEWS

# Ann Arbor: A Sanctuary City?

 **Date and Time**
Tuesday, October 10 2017 at 7:00 PM EDT to
Tuesday, October 10 2017 at 8:00 PM EDT

Add To Google Calendar | iCal/Outlook

 **Location**
Koessler Room
Michigan League
View Map

## Description

Join the Michigan Political Union as we debate the following resolution-
Resolved: In response to DACA's repeal, the City of Ann Arbor should become a sanctuary city.

## Host Organization

 Michigan Political Union

# EXHIBIT 83



SIGN IN

HOME    EVENTS    ORGANIZATIONS    NEWS

# MPU Debates Gun Rights



**Date and Time**

Tuesday, October 24 2017 at 7:00 PM EDT to
Tuesday, October 24 2017 at 8:30 PM EDT

Add To Google Calendar |
iCal/Outlook



**Location**

Koessler Room - Michigan League

## Description

Join the Michigan Political Union as we debate the following resolution -
Resolved: In response to the Las Vegas shooting, Congress should make it harder for citizens to purchase high capacity fire arms.

## Host Organization



Michigan Political Union

# EXHIBIT 84

 **MAIZE PAGES**
UNIVERSITY OF MICHIGAN

 SIGN IN

HOME　　EVENTS　　ORGANIZATIONS　　NEWS

# MPU Bicentennial Debate

 **Date and Time**
Thursday, November 2 2017 at
6:00 PM EDT to
Thursday, November 2 2017 at
9:00 PM EDT

Add To Google Calendar |
iCal/Outlook

 **Location**
Kuenzel Room - Michigan Union

## Description

Join the Michigan Political Union as we debate the following resolutions -

1. Resolved: Despite the decision to legalize abortion in Roe v Wade, such procedures are an inappropriate use of tax dollars.
2. Resolved: FDR's New Deal helped bring the United States out of the Great Depression.
3. Resolved: Given the existence of unique local circumstances, the right of smaller jurisdictions to secede from larger governing structures should be internationally recognized.

Featuring speeches from Professors Disch and Sedo

## Host Organization



Michigan Political Union

Privacy    Support

© Campus Labs 2018

# EXHIBIT 85

# WeListen fosters cross-party dialogue on immigration

Monday, February 5, 2018 - 10:28pm



Students discuss immigration during the second meeting of WeListen, a new student organization devoted to facilitate small-group conversations between students of various political beliefs, at the Ford school Monday. Buy this photo (http://store.pub.umich.edu/michigan-daily-buy-this-photo/)

Matt Vailliencourt/Daily

ALICE TRACEY (/AUTHOR/TRAINING)
For the Daily

Over 50 students gathered at the Ford School of Public Policy to discuss immigration policy and controversies surrounding the topic on Monday. The dialogue was hosted and facilitated by WeListen (http://www.welisten.us/#1), an organization dedicated to encouraging open conversation between conservative and liberal students on campus.

WeListen was co-founded (http://fordschool.umich.edu/news/2017/launch-welisten) last September by Engineering senior Sonia Thosar and Public Policy senior Gabriel Lerner. Frustrated by the partisan divide and "echo chambers" they noticed on campus and across the nation, Thosar and Lerner launched the organization with the goal of giving students a chance to address political differences in a constructive way.

WeListen's administrative board, which Thosar describes as a "50-50 split of liberals and conservatives," has since facilitated a number of discussions on topics such as gun control, the refugee crisis, the death penalty and the right to protest.

Public Policy junior Alli Berry, one of WeListen's co-presidents, said the purpose of WeListen discussions is to expose participants to differing viewpoints and to establish commonalities.

"The 'why' behind someone's disagreement is often more important than what they're disagreeing with you on because a lot of the time our disagreements actually come from shared values," Berry said.

According to Thosar, WeListen makes a particular effort to reach out to conservative students.

"It is a really liberal campus, so what we've been really trying to do is market to conservatives and make sure they know about us, and they know that it's not a place that they're going to get attacked for their viewpoints," Thosar said. "We've actually had about 30 percent conservative attendance, which is pretty good considering this school."

WeListen gauges the political leanings of participants by asking them to sign in and fill out a survey at the beginning of each event. Attendees rank themselves on a scale of one for most liberal to seven for most conservative. Participants also answered a question about the subject being discussed.

To kick off Monday's session on immigration, WeListen's leadership team presented a few introductory slides. Berry and her co-president, LSA sophomore Nick Tomaino, outlined WeListen's mission and offered suggestions on how to engage in considerate, productive conversation.

Other board members gave an overview of the discussion topic, reviewing immigration policy under the past four presidents, presenting common liberal and conservative viewpoints on the issue and highlighting recent news pertaining to immigration.

The students were then broken up into politically diverse groups of six or seven. The groupings, based on responses to the entrance survey, were determined using a sorting algorithm developed by WeListen's vice president of technology.

Handouts with immigration facts and statistics, as well as guiding discussion questions, were distributed throughout the room.

The groups spent about 10 minutes chatting casually, then the co-presidents asked them to start discussing immigration. The groups delved into topics such as merit-based immigration, assimilation, Trump's border wall, humanitarianism, visa expiration and the role of the United States government in protecting its citizens. Another common theme was "brain drain (http://www.economist.com/node/18741763)," the phenomenon of highly-trained professionals leaving developing nations for countries like the U.S.

Some of WeListen's board members participated, structuring the conversations and bringing up counterpoints to spark debate.

Business freshman Elan Arnowitz said the wide array of perspectives allowed him to dive into his own opinions and explore why he felt the way he did about immigration.

"I really enjoyed hearing people's viewpoints," Arnowitz said. "It just forces me to either strengthen my own or to change my opinion."

Arnowitz described the dialogue as democratic and respectful.

"I haven't had any negative experiences in terms of discussions, which I think is a true testament to this club and to the quality of students that are present," Arnowitz said.

The groups talked for nearly 40 minutes. Afterwards, Berry and Tomaino held a debriefing session, asking participants to share what they had learned, what they found challenging and how they planned to continue the conversation outside of WeListen.

## MORE LIKE THIS

Viewpoint: Biased professors aren't a problem (/content/viewpoint-biased-professors-arent-problem)

Viewpoint: Finding your political niche (/opinion/viewpoint-explore-your-political-identity)

Viewpoint: Pushing past history (/opinion/03viewpoint-apush19)

## MOST READ

1. To the white men who told me that they "prefer" white women (/section/mic/white-men-who-told-me-they-%E2%80%9Cprefer%E2%80%9D-white-women)

2. Faking 21: How bouncers catch fake IDs and underage students get past the rope (/news/faking-21)

3. Beilein to stay in Ann Arbor following contract extension (/section/mens-basketball/beilein-stay-ann-arbor-following-contract-extention)

4. Ian Harris: 'The Last Jedi' and the state of film criticism (/section/arts/ian-harris-last-jedi-and-state-film-criticism)

5. Emma Chang: Confessions of a closeted Rosshole (/section/columns/emma-chang-confessions-closeted-rosshole)

subscribe to our daily newsletter, the Daily Digest (https://mail.michigandaily.com/lists/?
p=subscribe&id=4)



About (/about)        Contact us (/contact)        Advertise (/advertise)        Subscribe
                                                                                (https://mail.michigandaily.co
                                                                                p=subscribe&id=4)

Join the staff (/join-us)              Merchandise              View Print Issue



(https://www.facebook.com/michigandaily/)



(https://twitter.com/michigandaily)



(https://www.instagram.com/michigandaily/)



(https://www.youtube.com/user/michdailymultimedia)

# The Michigan Daily

420 Maynard St, Ann Arbor, MI 48109 (http://maps.google.com/?q=420 Maynard St, Ann Arbor, MI 48109)
734-418-4115

Edited and managed by the students at the University of Michigan since 1890.

Copyright © 1998-2018, all rights reserved.

# EXHIBIT 86



HOME        EVENTS        ORGANIZATIONS        NEWS

 WeListen

✉ CONTACT

WeListen is a grassroots, campus-based organization working to bridge the American political divide. Through biweekly discussion sessions on topics ranging from gun control to free speech, we facilitate small-group conversations (not debates!) between people with divergent political viewpoints. We're looking for students of various backgrounds with views across the political spectrum (Democrats, Republicans, or neither, who are interested in learning why someone might *not* agree with them. We hope to show that political disagreement is not inherently hostile, and that constructive political discourse is both possible and valuable.

VIEW ALL PHOTOS

## Contact Information

715 S Division
Ann Arbor, MI 48104
United States
**E:** erachlin@umich.edu
**P:** (802) 497-4477



# Additional Information

**Please provide an email in which people can contact the organization:**
erachlin@umich.edu

**The Center for Campus Involvement has identified this organization as a**
Voluntary Student Organization

# Events

VIEW ALL EVENTS

There are currently no upcoming events. View past events.

# Officers

VIEW FULL ROSTER

This organization has no officers.

# Documents

 WeListen.pdf

 Constitution/Bylaws

# EXHIBIT 87

# Michigan Debate Program



(https://deanofstudents.umich.edu/files/dos/field/image/debate%20team.jpg)

The University of Michigan Debate Program is committed to student learning and development via participation in intercollegiate policy debate.  Through the varsity traveling team, summer national high school debate institute, urban debate outreach efforts in Detroit, and hosting of a national high school debate tournament, the UM Debate team facilitates and enriches the educational experience of current and potential students.

For more information about the program and how to get involved, visit the **UM Debate Program website (http://www.michigandebate.com/).**

 (https://studentlife.umich.edu)

## Office of the Dean of Students

Tappan Auxiliary Building
609 Tappan Ave
Ann Arbor, Michigan 48109-1220

Monday - Friday 8 AM - 5 PM

📞 (734) 764-7420 (http://tel:(734) 764-7420)





OUR STRATEGIC PLAN FOR
DIVERSITY, EQUITY & INCLUSION
(https://studentlife.umich.edu/diversity-equity-
inclusion)　> >
(https://studentlife.umich.edu/diversity-equity-
inclusion)

Web Accessibility Statement (http://studentlife.umich.edu/accessib) | Non-Discrimination Policy (http://hr.umich.edu/oie/ndpolicy.html) |
U–M Gateway (//umich.edu)

© 2018 The Regents of the University of Michigan

# EXHIBIT 88



SIGN IN

HOME     EVENTS     ORGANIZATIONS     NEWS



# CONSIDER:

☐ CONTACT

CONSIDER: is a student run point/counterpoint publication on campus that features non-partisan civil discourse on a wide range of issues.  CONSIDER: also runs a website that features electronic versions of issues and blog posts on various topics.  We aim to create discussion on campus that is avoided in this technology generation.  We don't look to preach opinions, rather, offer the opportunity for others to form their own opinions and learn from others.

## Contact Information

1429 Hill Street
Ann Arbor, MI 48104
United States of America
**E:** considerexec@umich.edu
**P:** (734) 769-0500

 

# Additional Information

**Please provide an email in which people can contact the organization:**
kmcinnes@umich.edu

**The Center for Campus Involvement has identified this organization as a**

Voluntary Student Organization

## Officers

VIEW FULL ROSTER

| D | K | A |
|---|---|---|
| **ADVISOR** | **PRESIDENT** | **VICE PRESIDENT** |
| Davey Rosen | Kirsty McInnes | Adam Trosin |

## Documents

Consider.docx 

ConsiderConstitution2014-15.pdf 

© Campus Labs 2018

Privacy    Support