UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPEECH FIRST, INC.,

      Plaintiff,

                                                   Civil Case No. 18-11451

v.                                               Honorable Linda V. Parker

MARK SCHLISSEL, et al.,

      Defendants.
_____/

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY OBLIGATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

This is a civil rights action brought under 42 U.S.C. §§ 1983 and 1988. In a Complaint filed May 8, 2018, Plaintiff claims the University of Michigan violates students' First Amendment rights through its disciplinary code prohibiting "harassment," "bullying," and "bias-related misconduct" and its "Bias Response Team" tasked with investigating and punishing students for "bias" conduct. The matter presently is before the Court on Defendants' motion to stay the deadline for responding to the Complaint until a decision is rendered on Plaintiff's pending motion for preliminary injunction. Defendants represent that Plaintiff does not oppose the motion.

Defendants' request serves the interest of efficiency. However, rather than "staying" Defendants' obligation to respond to Plaintiff's Complaint, the Court is

extending the deadline until twenty-one (21) days from the date the Court rules on Plaintiff's motion for preliminary injunction.

**IT IS SO ORDERED.**

                                              s/ Linda V. Parker
                                              LINDA V. PARKER
                                              U.S. DISTRICT JUDGE

Dated: June 19, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, June 19, 2018, by electronic and/or U.S. First Class mail.

                                              s/ R. Loury
                                              Case Manager