AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan ▼

| | |
|---|---|
| Speech First Inc. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 4:18-cv-11451-LVP-EAS |
| Schlissel et al | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Speech First Inc.                                                                          .

Date:   06/29/2018                                         s/ Jeffrey M. Harris
                                                                    *Attorney's signature*

                                                                    Jeffrey M. Harris
                                                                    *Printed name and bar number*
                                                                    Consovoy McCarthy Park PLLC
                                                                    3033 Wilson Blvd. Suite 700
                                                                    Arlington, VA 22201

                                                                    *Address*

                                                                    jeff@consovoymccarthy.com
                                                                    *E-mail address*

                                                                    (202) 321-4120
                                                                    *Telephone number*

                                                                    *FAX number*