MIED (Rev. 04/06) Notice of Appeal

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Speech First, Inc.,

    Plaintiff(s),

v.

Mark Schlissel, et al.,

    Defendant(s).

Case No. 4:18-cv-11451-LVP-EAS

Judge Judge Linda V. Parker

Magistrate Judge Elizabeth A. Stafford

## NOTICE OF APPEAL

Notice is hereby given that __Speech First, Inc.__ [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ❏ Judgment ☒ Order ❏ Other: _____

entered in this action on __August 6, 2018__ [Date].

Date: August 13, 2018

Counsel is: Retained
[CJA, FDO, pro se, pro bono, retained, U.S.Atty]

/s/ John A. Di Giacomo
Signature

P73056
Bar No.

5024 Territorial Road
Street Address

Grand Blanc, MI 48439
City, State Zip Code

231-714-0100
Telephone Number

john@revisionlegal.com
Primary Email Address

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.