UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Speech First, Inc.,

              Plaintiff(s),

v.	Case No. 4:18−cv−11451−LVP−EAS
   Hon. Linda V. Parker

MARK SCHLISSEL, et al.,

              Defendant(s).

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 13, 2018.

DAVID J. WEAVER, CLERK OF COURT

By: s/ D. Worth
     Deputy Clerk

Dated:   August 13, 2018