**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 04, 2019

Mr. Kevin T. Baine
Ms. Kathryn Elizabeth Hoover
Mr. Amy Beth McKinlay
Mr. Stephen Joseph Fuzesi
Williams & Connolly
725 Twelfth Street, N.W.
Washington, DC 20005

Mr. William Spencer Consovoy
Mr. Jeffrey Matthew Harris
Consovoy McCarthy
3033 Wilson Boulevard
Suite 700
Arlington, VA 22201

Mr. Lawrence John Joseph
Law Office
1250 Connecticut Avenue, N.W
Suite 700-1A
Washington, DC 20036

Mr. Thomas W. Kidd Jr.
Law Office
8913 Cincinnati-Dayton Road
West Chester, OH 45069-3131

Mr. Leonard M. Niehoff
Honigman
315 E. Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108

      Re:  Case No. 18-1917, *Speech First, Inc. v. Mark Schlissel, et al*
           Originating Case No. : 4:18-cv-11451

Dear Counsel,

  The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

cc: Mr. David J. Weaver

Enclosure

Case No. 18-1917

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

SPEECH FIRST, INC.

    Plaintiff - Appellant

v.

MARK SCHLISSEL, in his official capacity as President of the University of Michigan; E. ROYSTER HARPER, in her official capacity as Vice President for Student Life at the University of Michigan; ERIK WESSEL, in his official capacity as Director of the Office of Student Conflict Resolution; JULIO CARDONA, in his official capacity as Interim Assistant Dean of Students; EDDIE WASHINGTON, JR., in his official capacity as Executive Director of the Division of Public Safety & Security; ROBERT SELLERS, Vice Provost for Equity and Inclusion; MICHAEL J. BEHM, in his or her official capacity as member of the University of Michigan Board of Regents; MARK J. BERNSTEIN, in his or her official capacity as member of the University of Michigan Board of Regents; SHAUNA RYDER DIGGS, in his or her official capacity as member of the University of Michigan Board of Regents; DENISE ILITCH, in his or her official capacity as member of the University of Michigan Board of Regents; ANDREA FISCHER NEWMAN, in his or her official capacity as member of the University of Michigan Board of Regents; ANDREW C. RICHNER, in his or her official capacity as member of the University of Michigan Board of Regents; RON WEISER, in his or her official capacity as member of the University of Michigan Board of Regents; KATHERINE E. WHITE, in his or her official capacity as member of the University of Michigan Board of Regents

    Defendants - Appellees

------------------------------

FOUNDATION FOR INDIVIDUAL RIGHTS IN EDUCATION; ALLIANCE DEFENDING FREEDOM; IMMIGRATION REFORM LAW INSTITUTE

    Amici Curiae

Upon consideration of the motion submitted by Thomas W. Kidd, Jr. for Foundation for Individual Rights in Education and Alliance Defending Freedom to file as amici curiae,

It is **ORDERED** that the motion be and is hereby **GRANTED**.

    **ENTERED BY ORDER OF THE COURT**
    Deborah S. Hunt, Clerk

Issued: March 04, 2019