**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN**

---

| | |
|---|---|
| **SPEECH FIRST, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) Civil No. 4:18-cv-11451-LVP-EAS |
| **v.** | ) Hon. Linda V. Parker |
| | ) Mag. Judge Elizabeth A. Stafford |
| **MARK SCHLISSEL, *et al.*,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

---

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO COMPLAINT**

Defendants respectfully move for an extension of the deadline to answer or otherwise respond to Plaintiff's Complaint as set forth below.  Plaintiff consents to this request.

1.      Plaintiff filed its Complaint on May 8, 2018, and a Motion for a Preliminary Injunction on May 11, 2018.  The Complaint and Motion raised the same constitutional challenges to policies and programs of the University of Michigan.

2.      On June 19, 2018, the Court issued an Order extending the Defendants' deadline to answer or otherwise respond to the Complaint until twenty-one days after the Court's ruling on the Motion for a Preliminary Injunction.

3.      On August 6, 2018, the Court issued an Opinion and Order denying Plaintiff's Motion.  Plaintiff then filed a Notice of Appeal.

4.      On August 21, 2018, the Court extended Defendants' deadline to answer or otherwise respond to the Complaint until twenty-one days after the Court of Appeals' decision on Plaintiff's appeal.

5.      On September 23, 2019, the Court of Appeals issued an opinion vacating the Court's order on the Motion for Preliminary Injunction and remanding for further proceedings, including with respect to Plaintiff's likelihood of success and the other preliminary injunction factors.  The mandate from the Court of Appeals is to issue on October 15, 2019.

6.      Per this Court's August 21 Order, Defendants' Answer or other responsive pleading would now be due on October 15.

7.      Counsel for Plaintiff and Defendants have been discussing appropriate next steps in this case in light of the opinion of the Court of Appeals and other developments.  This includes discussing a briefing schedule to jointly recommend to the Court should Plaintiff decide to continue to seek a preliminary injunction.  As noted, the constitutional challenges raised in the Motion for Preliminary Injunction are the same as those raised in the Complaint.

8.      Given those discussions and considerations of efficiency, Defendants request that the Court extend their time to answer or otherwise respond to the Complaint.  In particular, Defendants request:

  a.      Should Plaintiff decide to continue to seek a preliminary injunction, the deadline be extended until twenty-one days after the Court's decision on the

preliminary injunction.

b.      Should Plaintiff decide not to continue to seek a preliminary injunction, the deadline be extended until twenty-one days after Plaintiff informs Defendants and the Court of that decision.

9.      Defendants' counsel have conferred with Plaintiff's counsel, and Plaintiff consents to this request.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court grant the extension as set forth in paragraph 8, above.

Respectfully submitted,

| | |
|---|---|
| HONIGMAN MILLER SCHWARTZ AND COHN LLP | WILLIAMS & CONNOLLY LLP |
| | /s/ Kevin T. Baine |
| Leonard M. Niehoff (P36696) | Kevin T. Baine (DC 238600) |
| 315 East Eisenhower Parkway | Stephen J. Fuzesi (DC 496723) |
| Suite 100 | Kathryn "Kylie" Hoover (DC 1017260) |
| Ann Arbor, MI 48108 | Amy B. McKinlay (DC 1034542) |
| Tel: (734) 418-4254 | 725 Twelfth Street, N.W. |
| lniehoff@honigman.com | Washington, DC 20005 |
| Rian C. Dawson (P81187) | Tel: (202) 434-5000 |
| 660 Woodward Avenue | kbaine@wc.com |
| 2290 First National Building | sfuzesi@wc.com |
| Detroit, MI 48226 | khoover@wc.com |
| Tel: (313) 465-7730 | amckinlay@wc.com |
| rdawson@honigman.com | |
| | OFFICE OF THE VICE PRESIDENT AND GENERAL COUNSEL UNIVERSITY OF MICHIGAN |

3

Timothy G. Lynch (P77385)
David J. Masson (P37094)
Jack Bernard (P62975)
5010 Fleming Administration Building
503 Thompson Street
Ann Arbor, MI 48109
Tel: (734) 764-0305
timlynch@umich.edu
dmasson@umich.edu
bernar@umich.edu

*Attorneys for Defendants*

Dated: October 13, 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **SPEECH FIRST, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil No. 2:18-cv-11451-LVP-EAS |
| **v.** | ) Hon. Linda V. Parker |
| | ) Mag. Judge Elizabeth A. Stafford |
| **MARK SCHLISSEL, *et al.*,** | ) |
| | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## DEFENDANTS' BRIEF IN SUPPORT OF THEIR UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT

For the reasons stated in Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Complaint, Defendants respectfully request that the Court grant their motion.

Respectfully Submitted,

HONIGMAN MILLER SCHWARTZ AND COHN LLP

WILLIAMS & CONNOLLY LLP

/s/ Kevin T. Baine

Leonard M. Niehoff (P36696)
315 East Eisenhower Parkway
Suite 100
Ann Arbor, MI 48108
Tel: (734) 418-4254
lniehoff@honigman.com
Rian C. Dawson (P81187)
660 Woodward Avenue
2290 First National Building

Kevin T. Baine (DC 238600)
Stephen J. Fuzesi (DC 496723)
Kathryn "Kylie" Hoover (DC 1017260)
Amy B. McKinlay (DC 1034542)
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
kbaine@wc.com
sfuzesi@wc.com

5

Detroit, MI 48226
Tel: (313) 465-7730
rdawson@honigman.com

khoover@wc.com
amckinlay@wc.com

OFFICE OF THE VICE PRESIDENT AND
GENERAL COUNSEL UNIVERSITY OF
MICHIGAN

Timothy G. Lynch (P77385)
David J. Masson (P37094)
Jack Bernard (P62975)
5010 Fleming Administration Building
503 Thompson Street
Ann Arbor, MI 48109
Tel: (734) 764-0305
timlynch@umich.edu
dmasson@umich.edu
bernar@umich.edu

*Attorneys for Defendants*

Dated: October 13, 2019

## STATEMENT PURSUANT TO L.R. 7.1(a)

Counsel for Defendants conferred with counsel for Plaintiff. Plaintiff does not

oppose the relief sought in this motion.

## CERTIFICATE OF SERVICE

This is to certify that on October 13, 2019, a copy of the foregoing was electronically filed with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.


/s/ Amy McKinlay