# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 15, 2019

Mr. David J. Weaver
Eastern District of Michigan at Flint
600 Church Street
Suite 140 Federal Building
Flint, MI 48502-0000

      Re: Case No. 18-1917, *Speech First, Inc. v. Mark Schlissel, et al*
         Originating Case No. : 4:18-cv-11451

Dear Clerk,

  Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Maddison R Edelbrock
                For Sharday Swain

cc: Mr. Kevin T. Baine
  Mr. William Spencer Consovoy
  Mr. Stephen Joseph Fuzesi
  Mr. Jeffrey Matthew Harris
  Ms. Kathryn Elizabeth Hoover
  Mr. Lawrence John Joseph
  Mr. Thomas W. Kidd Jr.
  Mr. Amy Beth McKinlay
  Mr. Leonard M. Niehoff

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-1917

_____

Filed: October 15, 2019

SPEECH FIRST, INC.

    Plaintiff - Appellant

v.

MARK SCHLISSEL, in his official capacity as President of the University of Michigan; E. ROYSTER HARPER, in her official capacity as Vice President for Student Life at the University of Michigan; ERIK WESSEL, in his official capacity as Director of the Office of Student Conflict Resolution; JULIO CARDONA, in his official capacity as Interim Assistant Dean of Students; EDDIE WASHINGTON, JR., in his official capacity as Executive Director of the Division of Public Safety & Security; ROBERT SELLERS, Vice Provost for Equity and Inclusion; MICHAEL J. BEHM, in his or her official capacity as member of the University of Michigan Board of Regents; MARK J. BERNSTEIN, in his or her official capacity as member of the University of Michigan Board of Regents; SHAUNA RYDER DIGGS, in his or her official capacity as member of the University of Michigan Board of Regents; DENISE ILITCH, in his or her official capacity as member of the University of Michigan Board of Regents; ANDREA FISCHER NEWMAN, in his or her official capacity as member of the University of Michigan Board of Regents; ANDREW C. RICHNER, in his or her official capacity as member of the University of Michigan Board of Regents; RON WEISER, in his or her official capacity as member of the University of Michigan Board of Regents; KATHERINE E. WHITE, in his or her official capacity as member of the University of Michigan Board of Regents

    Defendants - Appellees

## MANDATE

    Pursuant to the court's disposition that was filed 09/23/2019 the mandate for this case hereby issues today.

COSTS: None