UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPEECH FIRST, INC.,

    Plaintiff,

v.

                                       Case No. 18-11451
                                       Honorable Linda V. Parker

MARK SCHLISSEL, et al

    Defendants.

_____/

**NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON October 17, 2019 at 10:30 AM** for Telephonic Status Conference. **Counsel shall call the Court's toll-free conference line at 1-888-808-6929 and use Access Code 8141695.**

                                                   s/ Linda V. Parker
                                                 LINDA V. PARKER
                                                 U.S. DISTRICT JUDGE

Dated: October 15, 2019