UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SPEECH FIRST, INC.,

    Plaintiff,

V.                              CASE NO. 18-11451
                                HON. LINDA V. PARKER

MARK SCHLISSEL, et al

    Defendants.
_____/

## ORDER OF DISMISSAL

The Plaintiff having filed a Notice of Voluntary Dismissal [ECF No. 35] on October 28, 2019; Accordingly, the above-entitled action is **DISMISSED WITH PREJUDICE**.

                                            s/Linda V. Parker
                                            Linda V. Parker
                                            United States District Judge

Dated: October 29, 2019